UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -7  P 2:10

U.S. DISTRICT COURT
DISTRICT OF MASS.

JAMES J. WARD,

    Plaintiff,

v.

AMERICAN AIRLINES, INC.

    Defendant.

05 - 10239 MEL

Civil Action No.: _____

## NOTICE OF APPEARANCE

Please take notice that Susan M. Morrison, Esquire, of the law firm Fitzhugh, Parker & Alvaro LLP, hereby enters her appearance on behalf of defendant American Airlines, Inc. in the above-entitled action.

Respectfully submitted,

AMERICAN AIRLINES, INC.,
By its attorney,

_____
Susan M. Morrison, Esq.
BBO #553095
FITZHUGH, PARKER & ALVARO, LLP
155 Federal Street, Suite 1700
Boston, MA 02110
(617) 695-2330)695-2330

Dated: February 7, 2005

## CERTIFICATE OF SERVICE

I hereby certify that I have on this ___17th___ day of February, 2005, served a copy of the above document on each party appearing pro se, as set forth below, by first-class mail, postage prepaid.

James J. Ward
26 Annavoy Street
East Boston, MA 02128

*Susan M. Morrison*
Susan M. Morrison