UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES J. WARD,
)
)
Plaintiff,   05   10239
)
)   Civil Action No.:
v.                                                          )
)
AMERICAN AIRLINES, INC.              )
)
Defendant.                               )
)

**NOTICE OF REMOVAL FROM THE**
**DISTRICT COURT OF EAST BOSTON**

To The Honorable Justice of The United States District Court for the District of Massachusetts:

Your petitioner American Airlines, Inc. ("American") hereby states as follows:

1. Plaintiff James J. Ward ("the Plaintiff") brought suit against the defendant American Airlines, Inc. in the Small Claims Court of the East Boston Division of the District Court, to recover two thousand forty dollars ($2,040.00) relating to plaintiff's medical care expenses, which an agent of the defendant allegedly agreed to pay. A true and accurate copy of the Statement of Small Claim and Notice of Trial is attached hereto as Exhibit A.

2. A Copy of the Statement of Small Claim and Notice of Trial (the "Complaint") was duly served upon American Airlines, Inc., on or about January 10, 2005.

3. In the Complaint, Plaintiff alleges that an agent of the Defendant and the Plaintiff signed a binding agreement to pay for the plaintiff's medical expenses between November 21, 2003 and July 6, 2004, and the Defendant is in violation of the contractual obligation.

4. During the relevant time period, the Plaintiff was a participant in a self-funded employee welfare benefit plan established and maintained by Defendant American Airlines, Inc. American established the plan for the purpose of providing health insurance coverage for its qualified retirees of participating AMR Corporation subsidiaries. The group health benefits plan at issue (the "Plan"), in which the Plaintiff was a participant, is an employee welfare benefit plan within the meaning of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001 et seq. Plaintiff's claim against American relates directly to the Plan and is governed by ERISA.

5. A copy of the plan is attached hereto as Exhibit B.

6. The allegations in the Complaint "relate[s] to" an employee welfare benefit plan. See 29 U.S.C. § 1144(a). It is well settled that a cause of action filed in state court that comes within the scope of 29 U.S.C. § 1132(a)(1) is removable to federal court under 28 U.S.C. § 1441(b) as an action arising under federal law. Danca v. Private Health Care Systems, Inc., 185 F.3d 1 (1st Cir. 1999). Indeed, as an exception to the well-pleaded complaint rule, such an action is properly removable even when the ERISA nature of the benefit claim is not apparent on the face of the complaint. See Metropolitan Life Ins. Co. v. Taylor, 481 U.S. 58 (1987).

7. Here, the Plaintiff is seeking health insurance benefits under a self-insured group insurance plan. Section 502(a) of ERISA provides, among other things, a cause of action by a participant or beneficiary "to recover benefits due ... under the terms of the plan, to enforce ... rights under the terms of the plan, or to clarify ... rights to future benefits under the terms of the plan." 29 U.S.C. § 1132(a)(1)(B). Plaintiff's claim falls squarely within ERISA's civil enforcement section.

8. This Court has original federal question jurisdiction over this action pursuant to

28 U.S.C. § 1331 and 29 U.S.C. § 1132(e). As an action of a civil nature founded on a claim or right arising under the laws of the United States, this action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a) and (b).

9. This Notice of Removal is being filed within the time period required by law. 28 U.S.C. § 1441(b).

10. Promptly after the filing of this Notice of Removal, a copy of the Notice will be filed with the Clerk of Courts for the Boston Municipal Court, and all adverse parties will receive written notice of the filing of this Notice of Removal.

WHEREFORE, Defendant American Airlines, Inc. prays that this action be removed from the East Boston District Court to the United States District Court for the District of Massachusetts.

## VERIFICATION

I, Susan M. Morrison, counsel for the defendant American Airlines, Inc., hereby make oath that I have prepared and read the foregoing Notice, and that the facts set forth therein are true and accurate to the best of my knowledge and belief.

Signed under the pains and penalties of perjury this 7th day of February, 2005.

Susan M. Morrison, Esq.
BBO #553095
FITZHUGH, PARKER & ALVARO, LLP
155 Federal Street, Suite 1700
Boston, MA 02110
(617) 695-2330

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 7th day of February, 2005, served a copy of the above document on each party appearing pro se, as set forth below, by first-class mail, postage prepaid.

James J. Ward
26 Annavoy Street
East Boston, MA 02128

Susan M. Morrison

# SMALL CLAIMS DOCKET          0505 SC 0013                    Small Claims Session

| PLAINTIFF (LAST NAME) | **WARD** | VS. DEFENDANT (LAST NAME) | **AMER AIRLINES** |
|---|---|---|---|

NAME AND ADDRESS OF COURT:
East Boston Court
37 Meridian Street
East Boston, Ma 02128

**DATE OF CLAIM**
1/10/05

**DATE CERTIFIED AND FIRST CLASS TRIAL NOTICE SENT**
1/10/05

James J. Ward
26 AnnaVOY Street
East Boston, Ma 02128

POST OFFICE
2005 FEB 25 P 3:13   05-10239-MEL
U.S. DISTRICT COURT
DISTRICT OF MASS

**RETURN DATE**
2/22/05

**FEES PAID**
$40

American Airlines
c/o Andy Albert G.M.
Logan Airport
East Boston, Ma 02128

PLAINTIFF'S ATTORNEY / DEFENDANT

Susan M. Morrison, Esq.
Fitzhugh, Parker & Alvaro, LLP
155 Federal Street (Ste. 1700)
Boston, MA 02110
(617) 695-2330

| DATE | PROCEEDINGS | DATE | PROCEEDINGS |
|---|---|---|---|
| | CERTIFIED TRIAL NOTICE RETURNED<br>☐ DELIVERED  ☐ UNDELIVERED | | PAYMENT REVIEW SCHEDULED FOR: |
| | FIRST CLASS TRIAL NOTICE RETURNED UNDELIVERED | | NOTICE OF JUDGMENT MAILED TO PARTIES |
| | OFFICER SERVICE ISSUED RETURNABLE ON: | | DEFENDANT APPEALED |
| | OFFICER SERVICE RETURNED<br>☐ SERVED  ☐ UNSERVED | | NOTICE TO SHOW CAUSE ISSUED RETURNABLE ON: |
| 2-7-05 | ANSWER FILED<br>and Notice of Removal & appearance atty. | | NOTICE TO SHOW CAUSE RETURNED<br>☐ SERVED  ☐ UNSERVED |
| | COUNTERCLAIM FILED<br>S2-05-9.17-9.27 | | CAPIAS ISSUED |
| 2/22/05 | HEARING DATE<br>B/P before S. Caggiano U.A. | 2/24/05 | Clerk S. Caggiano - allowed Removal Small claim and all paperwork mailed to U.S.D.C. - #05CV10239 M.E.L. case in this court dismissed |
| | JUDGMENT ENTERED | | |
| | DEFENDANT DEFAULTED; JUDGMENT ENTERED | | |
| | PLAINTIFF FAILED TO APPEAR; CASE DISMISSED | | EXECUTION ISSUED |
| | 30 DAY PAYMENT ORDER ENTERED | | JUDGMENT SATISFIED |

## ORDER FOR JUDGMENT AND PAYMENT

JUDGMENT FOR   ☐ PLAINTIFF   ☐ DEFENDANT
              ☐ BY DEFAULT  ☐ AFTER HEARING  ☐ BY AGREEMENT

FOR   $_____ DAMAGES

      $_____ COSTS

      $_____ JUDGMENT TOTAL

PAYMENT ORDERED AS FOLLOWS:

JUDGE: _____    ASST. CLERK: _____

DC-SC 2 (01/02)

TRIAL COURT
SC 0013
DISTRICT COURT
EAST BOSTON Division

**PART 2**
James Ward
312 Ashley St.
East Boston, MA 02128
PHONE NO. 617-569-8693

PLAINTIFF'S ATTORNEY
Name:
Address:

5357A000001/10/05 SML CLAIM    30.00
5357A000001/10/05 SURCHARGE    10.00

PHONE NO:

**PART 3**
American Airlines
c/o Amy Albert GM
Logan Airport, Boston, MA 02128
PHONE NO. 617-634-5000

ADDITIONAL DEFENDANT
Name:
Address:
PHONE NO:

**PART 4**
PLAINTIFF'S CLAIM: The defendant owes $ 2050.00 plus $ 40.00 court costs for the following reasons. Give the date of the event that is the basis of your claim.

July 6, 2004, Ms. Albert and myself signed a binding agreement to pay for my medical bill between Nov 21 2003 and July 6, 2004.

SIGNATURE OF PLAINTIFF: /s/ James Ward    DATE 1/10/05

**PART 5**
MEDIATION: Mediation of this claim may be available prior to trial if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date.
☑ The plaintiff is willing to attempt to settle this claim through court mediation.

**PART 6**
MILITARY AFFIDAVIT: The plaintiff states under the pains and penalties of perjury that the

☑ above defendant(s) is (are) not serving in the military and at present live(s) or work(s) at the above address.

☐ above defendant(s) is (are) serving in the military.

SIGNATURE OF PLAINTIFF: /s/ James Ward    DATE 1/10/05

NOTICE TO DEFENDANT:

NAME AND ADDRESS OF COURT:
East Boston Court
37 Meridian Street
East Boston, Ma 02128

TUES FEB 22, 2005    9:00 A.M.

FIRST JUSTICE: Paul F. Mahoney    CLERK: Nancy Rosa

INSTRUCTIONS FOR FILING A SMALL CLAIM