4-6-05

FILED
CLERKS OFFICE
2005 APR 12 A 11: 22
DISTRICT COURT
DISTRICT OF MASS

## Application to Proceed without Prepayment of Fees

JAMES J. WARD
v
AMERICAN AIRLINES, INC.

Docket #
05 CV 10239

### Cover letter

I am requesting to proceed without Prepayment of Fees. JAMES J. WARD - Plaintiff 2 ½ Annavoy St. East Boston, MA- 02128 617-569-8693.

Enclosed is the complaint, which was filed in East Boston district court (small claims) and was remanded to this court by the defendant.

James J Ward
Pro Se

CC: Susan Morrison

Sent in accordance with local Rule 5.2 (U.S. mail)

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-10239-MEL

FILED
CLERKS OFFICE
2005 APR 12 A 11: 22

Ward v. American Airlines, Inc
Assigned to: Judge Morris E. Lasker
Demand: $2040000
Case in other court: Small Claims Court of East Boston,
0505 SC 0013
Cause: 29:1001 E.R.I.S.A.: Employee Retirement

Date Filed: 02/07/2005
Jury Demand: None
Nature of Suit: 400 State Reapportionment
Jurisdiction: Federal Question

**Plaintiff**

**James J. Ward**                              represented by   **James J. Ward**
                                                                26 Annavoy Street
                                                                East Boston,, MA 02128
                                                                617-569-8693
                                                                PRO SE

V.

**Defendant**

**American Airlines, Inc**                     represented by   **Susan M. Morrison**
                                                                Fitzhugh, Parker & Alvaro LLP
                                                                155 Federal Street
                                                                Boston, MA 02110
                                                                617-695-2330
                                                                Fax: 617-695-2335
                                                                Email: smorrison@fitzhughlaw.com
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/07/2005 | 2 | NOTICE of Appearance by Susan M. Morrison on behalf of American Airlines, Inc (Howarth, George) (Entered: 02/09/2005) |
| 02/09/2005 | 1 | NOTICE OF REMOVAL by American Airlines, Inc from Small Claims Court of East Boston, case number 0505 SC 0013. $ 250, receipt number 61907, filed by American Airlines, Inc.(Howarth, George) (Entered: 02/09/2005) |

# UNITED STATES DISTRICT COURT

1st District        District of __Massachusetts__

_____ Plaintiff

V.

_____ Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: **05 CV 10239**

I, __James J. Ward__, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐ Yes   ☒ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? __No__   Do you receive any payment from the _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   __Nov. 21, 2003__   __American Airlines, Boston, MA. 02128__
   __$1000 wk__

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment     ☐ Yes   ☒ No
   b. ~~Rent payments~~, interest or ~~dividends~~       ☒ Yes   ☐ No
   c. Pensions, annuities or life insurance payments     ☐ Yes   ☒ No
   d. Disability or workers compensation payments        ☒ Yes   ☐ No
   e. Gifts or inheritances                              ☐ Yes   ☒ No
   f. Any other sources                                  ☐ Yes   ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

$1771 per month SSDI
531 per month Cigna Disability insurance

AO 240 Reverse (Rev. 9/96)

4. Do you have any cash or checking or savings accounts?  ☑ Yes   ☐ No

If "Yes," state the total amount. $10,000

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☑ Yes   ☐ No

If "Yes," describe the property and state its value

1 - Single Family in East Boston - net value less than $100,000

2 - 2003 Chevy Truck - Balance due $25,000

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

Teri (wife) - she works for Jet Blue and makes $10.50 per hour.

I declare under penalty of perjury that the above information is true and correct.

Feb 28, 2005
_____
Date

_____
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# STATEMENT OF SMALL CLAIM AND NOTICE OF TRIAL

**Trial Court of Massachusetts Small Claims Session**

DOCKET NO. SC 0013

☐ BOSTON MUNICIPAL COURT
☑ DISTRICT COURT — EAST BOSTON Division
☐ HOUSING COURT

### PART 1 — PLAINTIFF'S ATTORNEY (if any)

### PART 2 — PLAINTIFF'S NAME, ADDRESS, ZIP CODE AND PHONE
JAMES J. WARD
26 ANNAVOY ST.
EAST BOSTON, MA 02128
PHONE NO: 617-569-8693

### PART 3 — DEFENDANT'S NAME, ADDRESS, ZIP CODE AND PHONE
AMERICAN AIRLINES
c/o Andy Albert G.M.
Logan Airport, Boston, MA 02128
PHONE NO: 617-634-5000

RECEIVED JAN 28 2005
5357A000001/10/05SML CLAIM 30.0
5357A000001/10/05SURCHARGE 10.0

RAMONA J. WHITE

ADDITIONAL DEFENDANT
Name:
Address:

RECEIVED JAN 11 2005
GENERAL MANAGER BOSTON

### PART 4 — PLAINTIFF'S CLAIM
The defendant owes $2000.00 plus $ _____ court costs for the following reasons:
Give the date of the event that is the basis of your claim.

July 6, 2004, Mr. Albert and myself signed a binding agreement to pay for my medical bill between Nov. 21 2003 and July 6, 2004.

SIGNATURE OF PLAINTIFF: /s/ James J. Ward    DATE: 1/10/05

### PART 5 — MEDIATION
Mediation of this claim may be available prior to trial if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date.
☑ The plaintiff is willing to attempt to settle this claim through court mediation.

### PART 6 — MILITARY AFFIDAVIT
The plaintiff states under the pains and penalties of perjury that the:

☐ above defendant(s) is (are) not serving in the military and at present live(s) or work(s) at the above address.

☐ above defendant(s) is (are) serving in the military

SIGNATURE OF PLAINTIFF: /s/ James J. Ward    DATE: 1/10/05

### NOTICE TO DEFENDANT:
You are being sued in Small Claims Court by the above named plaintiff. You are directed to appear for trial of this claim on the date and time noted to the right.

If you wish to settle this claim before the trial date, you should contact the plaintiff or the plaintiff's attorney.

SEE ADDITIONAL INSTRUCTIONS ON THE BACK OF THIS FORM

FIRST JUSTICE: Paul F. Mahoney
CLERK-MAGISTRATE OR DESIGNEE: Nancy Rosa

NAME AND ADDRESS OF COURT:
East Boston Court
37 Meridian Street
East Boston, MA 02128

DATE AND TIME OF TRIAL: TUES FEB 22, 2005 AT 9:00 A.M.

BOTH THE PLAINTIFF AND THE DEFENDANT MUST APPEAR AT THIS COURT ON THE DATE AND TIME SPECIFIED

INSTRUCTIONS FOR FILING A SMALL CLAIM — You must complete Parts 1-6 of this form. See instructions on reverse.

DC-SC-1 (01/02)   ATENCION: ESTE ES UN AVISO OFICIAL DE LA CORTE. SI USTED NO SABE LEER INGLES, OBTENGA UNA TRADUCCION.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES J. WARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: _____ |
| v. ) | |
| ) | |
| AMERICAN AIRLINES, INC. ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

Please take notice that Susan M. Morrison, Esquire, of the law firm Fitzhugh, Parker & Alvaro LLP, hereby enters her appearance on behalf of defendant American Airlines, Inc. in the above-entitled action.

Respectfully submitted,

AMERICAN AIRLINES, INC.,
By its attorney,

Susan M. Morrison, Esq.
BBO #553095
FITZHUGH, PARKER & ALVARO, LLP
155 Federal Street, Suite 1700
Boston, MA 02110
(617) 695-2330)695-2330

Dated: February 7, 2005