```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

JAMES J. WARD,                    )
                                  )
        Plaintiff,                )
                                  )
        v.                        )    C.A. No. 05-10239-MEL
                                  )
AMERICAN AIRLINES, INC.,          )
                                  )
        Defendant.                )
```

<u>ORDER</u>

On January 10, 2005, plaintiff James J. Ward filed a complaint against defendant American Airlines, Inc. in the Small Claims Court of the East Boston Division of the state district court.  On February 7, 2005, American Airlines filed in this Court a notice of removal and paid the $250.00 fee assessed the for commencing a civil action.  On April 12, 2005, Ward filed with this Court an application to proceed without prepayment of the filing fee.

Because Ward is not obligated to pay a filing fee upon the defendant's removal of his case from state to federal court, the Court denies as moot Ward's application to proceed without of prepayment of the filing fee.  If, in the future, Ward must pay fees in this litigation, he is free to petition the court at that time to proceed <u>in forma pauperis</u>.

SO ORDERED.


  5/4/05                             Morris E. Lasker
DATE                               UNITED STATES DISTRICT JUDGE

Case 1:05-cv-10239-MEL     Document 7     Filed 05/04/2005     Page 2 of 2