6-17-05

United States District Court
District of Massachusetts

<u>Plantiff</u>
   JAMES J. WARD
          V
<u>Defendant</u>
   AMERICAN AIRLINES, INC.

Docket # 05 CV 10239
                    MEL

## Motion to Amend Filing

In accordance with Rule 16(z) of Rules of Civil Procedure, I JAMES J. WARD plantiff move to Amend the Filing from $2040 which was the legal limit in Mass. State small cliams court to $4000.00 the Full amount Due. And any and all amounts the court see fit to impose on the defendant.

Thank you
James J Ward
Pro Se

cc. File
SUSAN MORRISON
MAiled; in accordance with local Rule 5.2