UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES J. WARD,

      Plaintiff,

v.

      Civil Action No.: 05 CV 10239 MEL

AMERICAN AIRLINES, INC.

      Defendant.

## DEFENDANT'S MOTION TO QUASH PLAINTIFF'S MOTION TO AMEND FILING

Now comes the defendant, American Airlines, Inc. ("American") and hereby moves to quash the plaintiff's Motion to Amend Filing dated June 17, 2005. In support of this motion, American states:

1. The plaintiff's motion is premature. The Court gave the parties until June 30, 2005 to attempt a resolution;
2. American, on June 20, 2005 sent to the plaintiff, via Federal Express, a letter setting forth a conversation between American and the plaintiff's medical insurer, Harvard Pilgrim. This letter indicates that seven out of the eleven bills the plaintiff submitted have already been paid;
3. American is attempting, in good faith, to settle this action and address the plaintiff's concerns. The plaintiff's failure to wait until the Court imposed deadly is counter-productive; and
4. The plaintiff's motion in accordance with Rule 16(2) of the Rules of Civil Procedure is faulty. There is no Rule 16(2) and Rule 16 deals with pre-trial conferences, not amendments to pleadings.

For all of the foregoing reasons, American Airlines, Inc. requests that this Court quash the plaintiff's Motion to Amend Filing.

AMERICAN AIRLINES, INC.,
By its attorney,

*/s/ Susan M. Morrison*

Susan M. Morrison, Esq.
BBO #553095
FITZHUGH, PARKER & ALVARO, LLP
Federal Street, Suite 1700
Boston, MA 02110
(617) 695-2330

## Certificate of Service

The defendant states that it served the above document upon the plaintiff, James J. Ward, first class mail postage prepaid on June 21, 2005.

*/s/ Susan M. Morrison*
Susan M. Morrison

2