7-8-05

## United States District Court
## District of Massachusetts

Plaintiff

JAMES J. WARD - Pro Se

Docket #
05 CV 10239
MEL

V.

Defendant
AMERICAN Airlines, Inc.

"Motion For Appointment of Counsel"

Currently I am unemployed, because of
my leave of absence agreement with the
Defendant, I can not work or face termination.
I collect $1772 per month for Social
Security disability benefits. My wife
makes $10.50 per hour, we own our home
and recently refinanced to help pay
monthly debits. We have approximately $80,000
in the bank which helps cover over $3000.00
in monthly house hold expenses.

Thank - you
James Ward
Pro Se

CC. File
Susa Morrison
sent by U.S. Mail   in accordance with Local Rule 5.2 (mailed)