## E N D O R S E M E N T

JAMES J. WARD v. AMERICAN AIRLINES, INC.
05-CV-10239-MEL

LASKER, D.J.

      Five motions are currently pending in this case: (1) James J. Ward's ("Ward") motion to amend the filings; (2) American Airlines, Inc.'s ("AA") motion to quash Ward's motion to amend; (3) Ward's motion to appoint counsel; (4) Ward's motion for summary judgment; and (5) AA's motion for additional discovery.

      Ward's motion to amend the filings is GRANTED, and AA's motion to quash is DENIED.

      Ward's motion for appointment of counsel is DENIED. Although Ward is currently unemployed, he collects monthly Social Security Disability Benefits, his wife is currently employed, and they have approximately $20,000 in savings. Therefore, Ward has not shown that he lacks the resources to independently obtain representation. Moreover, this case is not unduly complex and no exceptional circumstances are present.

      Ward's motion for summary judgment is DENIED. The motion is premature, as neither party has conducted discovery, issued interrogatories, deposed witnesses, or interviewed experts. In sum, there have been no findings of fact, and therefore all genuine issues of material fact remain in dispute.

      AA's motion for additional discovery pursuant to Rule 56(f) is GRANTED.

      It is so ordered.

Dated:  August 19, 2005
        Boston, Massachusetts     /s/ Morris E. Lasker
                                               U.S.D.J.