UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

JAMES J. WARD,                          )
                                        )
              Plaintiff,                )
                                        )          Civil Action No.: 05 CV 10239 MEL
v.                                      )
                                        )
AMERICAN AIRLINES, INC.                 )
                                        )
              Defendant.                )
_____)

## DEFENDANT'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

Pursuant to Rules 8, 12, and 81 of the Federal Rules of Civil Procedure, American

Airlines, Inc. ("American") hereby submits the following as its answer to Plaintiff's

Amended Complaint ("Amended Complaint").

### FIRST DEFENSE

With respect to the specific allegations of the Amended Complaint, American

answers as follows:

1.      American states that the allegations of the Amended Complaint contain

conclusions of law and therefore no response is required.  To the extent that an answer is

required, American denies the allegations.

### SECOND DEFENSE

The Plaintiff has failed to state claims upon which relief can be granted.

### THIRD DEFENSE

The Amended Complaint fails for insufficiency of process and insufficiency of

service of process. Wherefore, American moves that the Amended Complaint be

dismissed pursuant to Rules 12(b)(4) and 12(b)(5) of the Federal Rules of Civil
Procedure.

FOURTH DEFENSE

The Amended Complaint should be dismissed because the Plaintiff failed to
exhaust all administrative remedies prior to initiating this action.

FIFTH DEFENSE

The Amended Complaint should be dismissed because the Plaintiff failed to abide
by the terms and conditions of a collective bargaining agreement.

SIXTH DEFENSE

The Plaintiff's claims are governed by the Employee Retirement Income Security
Act of 1974 (ERISA), 29 U.S.C. §§ 1001, *et seq.* Insofar as the Plaintiff is claiming
violations of State law, those claims are preempted by ERISA.

SEVENTH DEFENSE

The Plaintiff is not entitled to a trial by jury in this action because his claims are
governed by ERISA.

EIGHTH DEFENSE

American has fully performed any contractual duties it owed to the Plaintiff and
therefore the Plaintiff is estopped from asserting claims against the Defendants.

NINTH DEFENSE

American's handling of the Plaintiff's claim for disability benefits complied fully
with the terms and conditions of the employee welfare benefit plan established and
maintained by Defendant American Airlines, Inc. ("the Plan").

TENTH DEFENSE

American has complied with and performed all of its promises, obligations and
duties to the Plaintiff under the Plan, and the handling of the Plaintiff's claim complied
fully with ERISA.

<u>ELEVENTH DEFENSE</u>

Each and every act done or statement made by American and its officers, employees and agents with reference to the Plaintiff was a good faith assertion of American's rights and therefore was privileged and/or justified.

<u>TWELFTH DEFENSE</u>

Pursuant to 29 U.S.C. §1132(g), the American is entitled to an award against the Plaintiff of the reasonable attorney's fees they have incurred in defending this action.

<u>THIRTEENTH DEFENSE</u>

American reserves the right to raise such other or further defenses as may become apparent during discovery and up to the time of trial.

WHEREFORE, American Airlines, Inc. hereby requests that this Court:

1.      enter judgment in favor of American on all counts of the Amended Complaint;

2.      award American its reasonable costs, including attorneys' fees; and

3.      award American such other and further relief as the Court deems just and proper.

**AMERICAN AIRLINES, INC.,**
By its Attorney,


 <u>/s/ Amy Cashore Mariani</u>
Amy Cashore Mariani, Esq.
BBO #630160
FITZHUGH, PARKER & ALVARO, LLP
155 Federal Street, Suite 1700
Boston, MA 02110
(617) 695-2330

3

CERTIFICATE OF SERVICE

I hereby certify that I have on this 7th day of September, 2005, served a copy of the above document on each party appearing pro se, as follows.

James J. Ward
26 Annavoy Street
East Boston, MA 02128

_/s/ Melissa M. Wangenheim__
Melissa M. Wangenheim