JAMES J. WARD
Pro Se
26 Annavoy St.
East Boston, MA. 02129
617-569-8693

Clerk for Civil Business
U.S. DC. of Massachusetts
1 Courthouse Way
Boston, MA. 02210

RE: JAMES J. WARD  V. American Airlines
Civil Action #: 05 CV 10239 MEL

Dear Sir,

It has come to my attention that the Defendant has a new lead Attorney or Attorney of Record in the above case. No notice was been given to me and this is in violation of local Rules.

To date the Attorney or Attornies for the Defendant have not complied with Rules 26(A)(1) and (2). No phone numbers or addresses have been supplied to me since we exchanged discovery and conferenced on this matter.

Defendant is also in violation of Rule 26(c)(8)(e)(1) and (2). They have not furnished basic information requested for discovery such as my personnel folder and written agreements between parties.

Also at this time I ask the court to stipulate Discovery in the Boston AREA. Under Rule 29 the court can grant this so that any discovery can be used in future court proceedings by the plantiff. Also because All of the persons requested to give depositions work for the Airlines they are able to fly to Boston Free on Any Airline.

Final I pray that the court orders defenance Attorney(s) to supplys phone numbers and Addresses to plantiff so that I can proceed with depositions and that said depositions proceed in the Boston area. Thank-you

P.S. Any Documents sent to me must include Rule 5.2 which has not been done
- Defendant's Answer to Plantiff's Amended Complant!

Sincerly

James J. Ward

JAMES J. WARD
PRO Se

Sent via U.S. mail certified under Rule 5.2 local Rules.