UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

JAMES J. WARD,                                    )
                                                  )
            Plaintiff,                            )
                                                  )        Civil Action No.: 05 CV 10239 MEL
v.                                                )
                                                  )
AMERICAN AIRLINES, INC.                           )
                                                  )
            Defendant.                            )
_____)

## CORPORATE DISCLOSURE STATEMENT OF AMERICAN AIRLINES, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and Local Rule 7.3 of the United States District Court for the District of Massachusetts, American Airlines, Inc. submits the following as its Corporate Disclosure Statement:

1.      The filing party, a nongovernmental corporation, identifies the following parent company, which is a publicly held corporation, that controls the filing party, directly or through others, or which owns 10% or more of the party's stock: AMR Corporation.

2.      The filing party identifies the following publicly held corporation(s) with which a merger agreement with the party exists: None.

3.      AMR Corporation is the parent company of American Airlines, Inc.

                                            **AMERICAN AIRLINES, INC.,**
                                            By its attorney,


                                             _/s/ Amy Cashore Mariani__
                                            Amy Cashore Mariani
                                            BBO #630160
                                            FITZHUGH, PARKER & ALVARO, LLP
                                            Federal Street, Suite 1700
                                            Boston, MA 02110
                                            (617) 695-2330

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I served a copy of the foregoing document on pro se plaintiff this 28th day of September, 2005.

 /s/ Melissa M. Wangenheim
Melissa M. Wangenheim