UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
JAMES J. WARD,                      )
                                    )
        Plaintiff,                  )
                                    )   Civil Action No.: 05 CV 10239 MEL
v.                                  )
                                    )
AMERICAN AIRLINES, INC.             )
                                    )
        Defendant.                  )
_____)

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE ABOVE-REFERENCED COURT:

    Kindly withdraw my appearance as counsel of record for the defendant, American Airlines, Inc., in the above-captioned matter.  Successor counsel is filing an appearance herewith.

    Respectfully submitted,
    **AMERICAN AIRLINES, INC.,**

    By its attorney,

    __/s/ Susan M. Morrison__
    Susan M. Morrison, Esq., BBO #553095
    **FITZHUGH, PARKER & ALVARO LLP**
    155 Federal Street Suite 1700
    Boston, MA 02110
Dated: October 4, 2005    (617) 695-2330

**CERTIFICATE OF SERVICE**

  I hereby certify that I have on this 4th day of October, 2005, served a copy of the above document on each party appearing pro se, as set forth below, by first-class mail, postage prepaid.

  James J. Ward
  26 Annavoy Street
  East Boston, MA 02128

              /s/ Melissa M. Wangenheim
              Melissa M. Wangenheim