UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JAMES J. WARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 05 CV 10239 MEL |
| v. ) | |
| ) | |
| AMERICAN AIRLINES, INC. ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

Please take notice that Amy Cashore Mariani, Esquire, of the law firm Fitzhugh, Parker & Alvaro LLP, hereby enters her appearance on behalf of defendant American Airlines, Inc. in the above-entitled action.

                                              Respectfully submitted,

                                              **AMERICAN AIRLINES, INC.,**
                                              By its attorney,

                                              __/s/ Amy Cashore Mariani__
                                              Amy Cashore Mariani, BBO #630160
                                              **FITZHUGH, PARKER & ALVARO, LLP**
                                              155 Federal Street, Suite 1700
                                              Boston, MA 02110
                                              (617) 695-2330)695-2330

Dated: October 4, 2005

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have on this 4th day of October, 2005, served a copy of the above document on each party appearing pro se, as set forth below, by first-class mail, postage prepaid.

James J. Ward
26 Annavoy Street
East Boston, MA 02128

                                                            /s/ Melissa M. Wangenheim
                                                        Melissa M. Wangenheim