JAMES J. WARD - Pro Se
26 ANNAVOY St
EAST BOSTON, MA - 02128
617 - 569 - 8693

10/5/05

Fitzhugh, Parker, Alvaro          05 CV: 10239 MEL

Dear Ms. Mariani

   I have hired the Firm of BRAMANTI and LYONS to take any and all of the depositions I will be holding in the coming months.
   Also at this time, this letter is to service as Notice of Disclosure of Experts. I have hired the Firm of Healthcare Litigation to conduct a review of any and all violations of American Airlines ERISA Plans, as it pretains to me. I look forward to hearing from you and as always, I am open to a settle with your client

James J Ward - Pro Se
JAMES J. WARD

cc: U.S. Clerk
    File

SENT VIA: U.S. certified mail in accordance with local Rule 5.2