JAMES J. WARD - Pro Se
26 ANN AVOY St
EAST BOSTON, MA. 02128
617-569-8693

JAMES J. WARD
  PLAINTIFF
    V.
AMERICAN AIRLINES
  Defendant

Civil Action # 05 CV 10239 MEL

Clerk for Civil Business                    10/10/05
U.S.D.C. of Massachusetts
1 Courthouse Way
Boston, MA. 02210

RE: Corporate Disclosure Statement

Dear Sir,

According to Local Rule 7.3 (B) a party must file statement upon its first appearance, pleading, petition, motion, response......
Under Federal Rule 7.1 the statement must be filed by the defendants first motion. This was not done and at this time I am asking the Court to grant claims for Relief under Federal Rule 8.
I feel I am entitled to relief and that relief should be in the amount of ($6000.00) six thousand dollars, which is to cover the

amount in the complaint and two thousand ($2000.00) needed to cover my expenses including hiring an expert in the field of ERISA and other fees and cost incurred during this case. I pray that the court grant this as an alternative or other types of demand.

Sincerly
JAMES J. WARD - Pro Se
*/s/ James J. Ward*

cc. File
Fitzhugh, Parker, Alvaro

Sent in accordance with local rule 5.2 via certified U.S. Mail.