JAMES J. WARD - ProSe
26 ANNAVOY St.
EAST Boston, MA. 02128
617-569-8693

JAMES WARD
    Plaintiff
        V.                          Civil Action # 05 CV 10239
American Airlines                                MEL
    Defendant

                                                10/10/05

Clerk for Civil Business
U.S.D.C. of Massachusetts
1 Courthouse WAY
Boston, MA. 02210


        RE: Appearances

Dear Sir,

        I received a letter from defense counsel
on or about Oct. 6th or 7th 2005; pertaining
to Notice of withdrawal of Appearance and
Notice of Appearance. According to Local
Rule 83.5.2 (c) an attorney can not with-
draw if any of the following have not been
met. (2) there are no motions pending before
the court [ there is atleast one motion pending-
"Notice of Discovery Dispute" ] dated Sept. 15
(3.) trial date has been set for April 2006

(4) "Reports" are due, both discovery and depositions.

This is a continuing pattern by the defense not to follow the Rules in this case. I pray that the court grants what ever relief onto the plaintiff that it sees proper. Also that attorney Morrison return as lead attorney until the court grants leave.

Thank-you

James J Ward - Pro Se
JAMES. J-WARD

Cc. File
Fitzhugh, Parker, Alvaro

SENT VIA: U.S. certified MAiL iN accordance with locAl Rule 5.2