JAMES J. WARD - ProSe
26 Annavoy St.
EAST Boston, MA. 02128
617 - 569 - 8693

FILED
CLERKS OFFICE

OCT 14 A 11: 41

U.S. DISTRICT COURT
DISTRICT OF MASS

JAMES J. WARD
  Plaintiff
    V.
AMERICAN Airlines                    Civil Action # 05 CV 10239 MEL
  Defendant

                                          10|12|05

Clerk of Civil Business
U.S.D.C. Court of MASS.
1 Court house WAY
Boston, MA. 02210


            Representations To Court

            Motion for Sanctions


Dear Sir,

        Under Rule 11 of Federal Rules
the defense attorney has violated
subdivision (b) of the above rule because:
They failed to file Corporate Disclosure statement
as required by Local Rule 7.3 (B);

Defense attorney failed to faile notice to appear, or notice to withdrawal of appearances. Defense attorney not compling with Local Rule 5.2, sending me (Plantiff copy) of papers filed with court, (July 2004) Revision to Settlenent.

On the Court's initicative I pray that, they impose sanctions of monetary penlty into the court.

Sincerly

James J Ward - ProSe

JAMES J WARD

CC File

Fitzhugh, Parker, Alvaro

SENT VIA: U.S. certified Mail in accordance with Local Rule 5.2