JAMES J. WARD – Pro-Se
26 Annavoy Street
East Boston, Ma. 02128
617-569-8693

FILED
.. ....S OFFICE

2005 OCT 18 P 2: 05

U.S. DISTRICT COURT
DISTRICT OF MASS

James J. Ward,

      Plaintiff,                      Civil Action No.:05 CV 10239 MEL

v.

American Airlines, INC.                    October 17, 2005

      Defendant.

Plaintiff's Motion for Protective Order

    Pursuant to Fed. R. Civ. P. 26 the Plaintiff and deponent James J. Ward, seeks

Protection from deposition. Documents exhibit (A), (B) and (C) certify that I have

met with and exchanged all discovery requested by the defendant, American

Airlines and their attorneys. This deposition would cause undue burden and expense.

    I request that this deposition not be had, and if it is to be limited in questions to

matters relevant to this case only and for the time period involved in this case.

Also pursuant to Fed. R. Civ. P. 30 (d) 2,4 that if granted the deposition be limited to one

day of seven hours.

                              Sincerely,

                              JAMES J. WARD-Pro Se

    Sent via U.S. certified mail to Amy Mariani in accordance with local rule 5.2