05cv 10239-MEL

FILED
___RK'S OFFICE

JAMES J WARD - ProSe
26 ANNAVOY St.
EAST Boston, MA 02128
617-569-8693

Ms. Amy MARTINI
Fitzhugh, Parker, Alvaro
155 Federal St. Suite 1700
Boston, MA. 02110                                    10/15/05


RE:   Objection to Request For ADMISSIONS


Dear Amy,

1.) Objection Filed relative to Request #1
- this many be a accurate and genuine copy
of the ("the plan") but A.) it is from 2004
and the Date in question is from the plan year
2003. B.) No claim of money is being made re-
lative to this plan but to the signed agreement
signed by the Plantiff and Defendant.


2.) this is true to the best of my Knowledge


3.) Objection Filed to this Request for Admission
I am currently an employee of Defendant
American Airlines.

4.) This is partly true, it should be amended to show that I am going to be reinstated into this plan (For seven months) There is no claim for or of benefits, from this plan until I have been reinstated.

5.) Objection Filed relative to Request for Admission to #5. Defendant has not lived up to their promises and obligations under this plan (plantiff is entitled to 1 year 12 months coverage under this plan)

cc. File
    Clerk of Civil Business

Sincerly

James J Ward - Pro Se

JAMES J-WARD

Sent via U.S. certified Mail in accordance with Local Rule 5.2