**FITZHUGH, PARKER & ALVARO LLP**
ATTORNEYS AT LAW

155 FEDERAL STREET
SUITE 1700
BOSTON, MA 02110-1727
TELEPHONE: (617) 695-2330
FAX: (617) 695-2335
WWW.FITZHUGHLAW.COM

MICHAEL A. FITZHUGH
WILLIAM L. PARKER
FERDINAND ALVARO, JR. •
MARK A. NEWCITY ▵

CAROL J. ANGUILLA ♦▴
FRANK CAMPBELL JR.*
JOSEPH M. CODEGA ○
FREDERICK E. DASHIELL*
LUCY ELANDJIAN *

ANNE-MARIE H. GERBER +
KATHLEEN GROVER ▿
BARBARA L. HORAN
ROBERT P. LA HAIT
AMY CASHORE MARIANI *
JEFFREY B. L. MELLER ♮ §
SUSAN M. MORRISON
JEFFREY A. NOVINS •
EDWARD P. O'LEARY †
JEFFREY F. RICHARDSON ○
SONIA L. SKINNER
DAVID JON VOLKIN

RHODE ISLAND OFFICE

571 PONTIAC AVENUE
CRANSTON, RI 02910
TELEPHONE (401) 941-3220
FAX (401) 941-3055

CONNECTICUT OFFICE

ONE CONSTITUTION PLAZA
SUITE 900
HARTFORD, CT 06103
TELEPHONE: (860) 549-6803
FAX: (860) 728-0546

\* OF COUNSEL
♮ INTERNATIONAL COUNSEL

UNLESS DESIGNATED OTHERWISE, OUR ATTORNEYS ARE ADMITTED ONLY IN MASSACHUSETTS

+ ALSO ADMITTED IN CALIFORNIA
▴ ALSO ADMITTED IN CONNECTICUT
▿ ONLY ADMITTED IN CONNECTICUT
• ALSO ADMITTED IN NEW YORK
§ ONLY ADMITTED IN VERMONT

† ALSO ADMITTED IN NEW HAMPSHIRE
○ ONLY ADMITTED IN RHODE ISLAND
◇ ALSO ADMITTED IN RHODE ISLAND
▴ ALSO ADMITTED IN WASHINGTON, D.C.
♦ ONLY ADMITTED IN MARYLAND

October 17, 2005

**VIA CERTIFIED MAIL**
Mr. James J. Ward
26 Annavoy Street
E. Boston, MA 02129

RE: James J. Ward v. American Airlines, Inc.

Dear Mr. Ward:

I received several letters and a voice mail communication from you at the end of last week regarding a number of matters, including scheduling of depositions. In your voice mail, you indicated that you are in the process of retaining counsel. Please be advised that, because of the ethical rules governing lawyers, I can no longer communicate directly with you regarding the matters raised in your letters and voice mail because of your intention to retain counsel. Kindly have your attorney contact me at his or her earliest opportunity, and please direct all further communications with either myself or American Airlines, Inc. through your attorney. A copy of this letter has been sent to the Court with a request that the same be docketed.

Thank you for your attention to this matter.

Very Truly Yours,

*Amy Cashore Mariani*

Amy Cashore Mariani

FITZHUGH, PARKER & ALVARO LLP                    Mr. J. J. Ward   10/17/05  (2)

cc:     David Strickler, Esq.
        George Howarth, Clerk (via certified mail)