UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES J. WARD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN AIRLINES, INC. )<br>)<br>Defendant. )<br>) | Civil Action No.: 05 CV 10239 MEL |

### Defendant American Airlines, Inc.'s Opposition to
### Plaintiff's Motion for a Protective Order

Defendant American Airlines, Inc. ("AA") opposes Plaintiff's motion for a protective order seeking to prevent AA from conducting his deposition. As grounds for his motion, Plaintiff references three exhibits, A, B, and C, which were not attached to the copy received by AA's attorney, that purport to "certify" that he has complied with all discovery requested by AA. Plaintiff has not done so, and is subject to continuing discovery by AA. *See generally* Fed. R. Civ. P. 26, 30, 32, 33, and 34.

Plaintiff has provided AA with automatic disclosures and responses to requests for admissions that do not comply with the rules of civil procedure, but he has not provided AA with documents in response to its request for production of documents, and has not answered interrogatories. Moreover, even if he had complied with all of his obligations under Rules 32 and 34, AA has every right to take Plaintiff's deposition on any and all matters that may lead to the discovery of admissible evidence at trial. Fed. R. Civ. P. 26(b)(1); Fed. R. Civ. P. 30. *See also Young v. Gordon*, 330 F.3d 76,79 (1st Cir.

2003) (dismissal of Plaintiff's action appropriate where Plaintiff failed to appear at court-ordered deposition).

While AA has asserted continually that this is an ERISA action requiring little discovery beyond assembly of the administrative record, Plaintiff has continued to claim that it is in fact a breach of contract action, and has advised AA that he intends to take up to ten depositions.[1] At present, he has noticed the depositions of three AA employees. Copies of those notices are attached hereto as Exhibits A, B, and C. Plaintiff wants the benefit of deposing witnesses without subjecting himself to a deposition; such a desire contravenes all notions of fair play and justice.

For the reasons set forth herein, AA requests that the Court DENY Plaintiff's motion for a protective order.

> Respectfully submitted,
> **AMERICAN AIRLINES, INC.,**
>
> By its attorney,
>
> /s/ Amy Cashore Mariani
> Amy Cashore Mariani, BBO #630160
> **FITZHUGH, PARKER & ALVARO LLP**
> 155 Federal Street Suite 1700
> Boston, MA 02110
> (617) 695-2330

---

[1] Plaintiff has not requested permission from the court to conduct more than five depositions in this matter. AA's position, therefore, is that he is entitled to take no more than five.

2

## CERTIFICATE OF SERVICE

I, Melissa M. Wangenheim, certify that I served a copy of the foregoing document on Plaintiff James J. Ward, pro se, by certified mail, at 26 Annavoy Street, East Boston, MA 02128.

Date:  October 27, 2005  /s/ Melissa M. Wangenheim
Melissa M. Wangenheim


EXHIBIT A

United States District Court
District of Massachusetts

James J. Ward,
  Plaintiff,

V.

[Am]erican Airlines, Inc.
  Defendant.

Civil Action No. 05 CV 10239 ME

10/5/05

Notice of Deposition

Charles York
American Airlines
Logan Int. Airport
Boston, MA 02128

Please be advised, that the Plaintiff, James J. Ward, through his agent and himself will conduct a deposition of the defendant, America[n] Airlines, and its employee Charles York. On Wednesday November 23, 2005 @ 10:00, at 240 Commercial St. 2nd Floor, Boston, M[A] 02109. The deposition could last more than a day up to 7 hours.

Sincerly

James J Ward - Pro Se.
James J. Ward



EXHIBIT B

United States District Court
District of Massachusetts

JAMES J. WARD,
   Plaintiff,

V.

American Airlines, Inc.
   Defendant.

Civil Action No. 05 CV 10239 M

10/5/05

## Notice of Deposition

To: Andy Albert
American Airlines
Boston Int. Airport
Boston, MA. 02128

Please be advised, that the Plainti[ff] JAMES J. WARD, though his agent and himself will conduct a deposition o[f] the defendant, American Airlines, an[d] its employee Andy Albert. ON Tuesday November 22, 2005 @ 10:00 A.M. at the offices of Bramanti and Lyons. 240 Commercial St. 2nd Floor, Boston, MA. 02109 The Deposition could last up to 7 hrs.

Sincerly
James J Ward - Pro Se
JAMES J. WARD

United States District Court
District of Massachusetts

JAMES J. WARD,
   Plaintiff,

   v.                                Civil Action No. 05 CV 10239 ME

American Airlines, Inc.
   Defendant.

10/5/05

## Notice of Deposition

Sharon Douglas
American Airlines
Boston Inter. Airport
Boston, MA. 02128

Please be advised, that the Plaintiff, JAMES J WARD, though his agent and himself will conduct a deposition of the defendant, American Airline and its employee Sharon Douglas. On Monday November 21, 2005 @ 10:00 A.M. at the offices of Bramanti Lyons, 240 Commercial St. Boston, MA. 02109- 2nd Floor. The Deposition could continue day to day upto 7 hours.

Sincerly

James J Ward - Pro Se.
JAMES J. WARD