**FITZHUGH, PARKER & ALVARO LLP**
ATTORNEYS AT LAW

155 FEDERAL STREET
SUITE 1700
BOSTON, MA 02110-1727
TELEPHONE: (617) 695-2330
FAX: (617) 695-2335
WWW.FITZHUGHLAW.COM

MICHAEL A. FITZHUGH
WILLIAM L. PARKER
FERDINAND ALVARO, JR. •
MARK A. NEWCITY ∆

CAROL J. ANGUILLA ♦▲
FRANK CAMPBELL JR. *
JOSEPH M. CODEGA ○•
FREDERICK E. DASHIELL*
LUCY ELANDJIAN *

ANNE-MARIE H. GERBER +
KATHLEEN GROVER ∇
BARBARA L. HORAN
ROBERT P. LA HAIT
AMY CASHORE MARIANI *
JEFFREY B. L. MELLER ♣ §
SUSAN M. MORRISON
JEFFREY A. NOVINS •
EDWARD P. O'LEARY
SONIA L. SKINNER
DAVID JON VOLKIN
KENNETH F. WHITTAKER

RHODE ISLAND OFFICE

571 PONTIAC AVENUE
CRANSTON, RI 02910
TELEPHONE (401) 941-3220
FAX (401) 941-3055

CONNECTICUT OFFICE

ONE CONSTITUTION PLAZA
SUITE 900
HARTFORD, CT 06103
TELEPHONE: (860) 549-6803
FAX: (860) 728-0546

\* OF COUNSEL
♣ INTERNATIONAL COUNSEL

UNLESS DESIGNATED OTHERWISE, OUR ATTORNEYS ARE ADMITTED ONLY IN MASSACHUSETTS

+ ALSO ADMITTED IN CALIFORNIA
∆ ALSO ADMITTED IN CONNECTICUT
∇ ONLY ADMITTED IN CONNECTICUT
• ALSO ADMITTED IN NEW YORK

† ALSO ADMITTED IN NEW HAMPSHIRE
○ ONLY ADMITTED IN RHODE ISLAND
▲ ALSO ADMITTED IN WASHINGTON, D.C.
♦ ONLY ADMITTED IN MARYLAND
§ ONLY ADMITTED IN VERMONT

October 25, 2005

**VIA CERTIFIED MAIL**
Mr. James J. Ward
26 Annavoy Street
E. Boston, MA 02129

RE: James J. Ward v. American Airlines, Inc.

Dear Mr. Ward:

I received your letter dated October 21, 2005, in which you informed me that you have not retained a lawyer. Therefore, given that representation by you and the pendency of noticed depositions, I am writing to you directly. Please be advised that I cannot communicate with you when you retain a lawyer, so it is imperative that you have any attorney whom you hire contact me immediately upon your retention of that person. I am forwarding a copy of this letter, along with your letter of October 21, 2005, to the court so that your representation status is made as clear as possible at the present time.

Due to a scheduling conflict, we need to re-schedule your deposition, which was previously set to go forward on Monday, October 31, 2005. Please note that you are no longer required to appear at deposition on October 31. We will be sending out a Re-Notice of Deposition shortly. If you are unable to attend your deposition on the date provided on the Re-Notice, please let us know and we will work with you to find a mutually agreeable date.

I also received your letter dated October 5, 2005 enclosing several notices of deposition and advising American Airline that you have retained HealthCare Litigation as an expert witness. Please

FITZHUGH, PARKER & ALVARO LLP                                                                                                                   (2)

be advised that the dates that you have named for the depositions are not available. We are in the process of obtaining possible dates for said depositions and will contact you as soon as we have determined the available dates.

Additionally, please confirm that "Health Care Litigation", whom you refer to retaining, is not a law firm and will not be providing you with legal services. If it is a either a law firm providing you with representation or an organization providing you with legal services, I must communicate with them rather than communicate directly with you. Moreover, if you plan to have some member of Health Care Litigation testify on your behalf at trial, you need to comply with requirements for disclosing not only the existence of an expert, but their address, telephone number, and the substance of and basis for their opinions in the form of an expert report. See Federal Rule 26(a)(2) for further information. Please provide that information to us in accordance with the rules of Civil Procedure so that we may determine whether we wish to depose the firm or any of its employees.

Thank you for your attention to this matter.

Very Truly Yours,

Amy Mariani (mmw)

Amy Cashore Mariani

cc:   David Strickler, Esq.
      George Howarth, Clerk
      U.S.D.C. for the District of Massachusetts