JAMES J. WARD - Pro Se
26 ANNAVOY ST
EAST BOSTON, MA 02128
617-569-8693



10/21/05

RE: Retaining Attorney

Docket # 05CV10239 MEL

Dear Ms. Mariani

I have not retained a lawyer for the case pending in Federal Court. I still represent myself Pro-Se and will continue to do so. If and until I do hirer a lawyer, that person will notify the court and yourself in the manner set fore by the court. I expect that you will notify Mr. Howarth that you will continue to communicate with me on the matter at hand. If you have any questions please don't hesitate to call me.

Sincerely,
James J Ward - Pro Se
JAMES J WARD

cc: File

Sent via Fax, According to Rule 5-2 & Mailed on 10/26/05

JAMES J. WARD - Pro-Se
26 Annavoy St.
East Boston, MA. 02128
617-569-8693

October, 26, 2005

George Howarth, Clerk
U.S.D.C. for Mass.
1 Courthouse Way
Boston, MA. 02210

Docket # 05 CV 10239 (MEL)

RE: JAMES WARD v. American Airlines

Dear Mr. Howarth,

Please Find enclosed letter to Ms. Mariani submitted for docketing in the above noted case.

1.) Letter to Ms. Mariani dated Oct. 21, 2005 stating that I continue to represent myself Pro Se in the above mentioned case.

Thank-you for your attention to this matter.

Sincerely
JAMES J. WARD - Pro Se
James J Ward