JAMES J. WARD - Pro Se
26 Annavoy St.
East Boston, MA. 02128
617-569-8693

FILED
CLERKS OFFICE
2005 OCT 31 P 3:00
U.S. DISTRICT COURT
DISTRICT OF MASS.

Clerk for Civil Business
U.S.D.C. for Massachusetts
1 Courthouse Way
Boston, MA. 02210

10/28/05

Civil Case # 05 CV 10239 (MEL)

RE: Motion for Protective order

Dear Sir,

1) Pursuant to Federal Rule 32(a)(3) I was unable through the exercise of diligence to obtain counsel to represent me at the taking of the deposition. Also the defendent changed the date of the set deposition and rescheduled it without confering with the Plantiff. Lastly the plantiff received less than 11 days notice of a deposition.

2) Under Federal Rule 26(c)(2) the plantiff is requesting that the deposition not be held or be held at a different time.

Very truly yours

*James J Ward* – Pro Se

JAMES J. WARD

cc. File
Fitzhugh, Parker, Alvaro

Sent via certified mail according to L.R. 5.2