**FITZHUGH, PARKER & ALVARO LLP**
ATTORNEYS AT LAW

155 FEDERAL STREET
SUITE 1700
BOSTON, MA 02110-1727
TELEPHONE: (617) 695-2330
FAX: (617) 695-2335
WWW.FITZHUGHLAW.COM

MICHAEL A. FITZHUGH
WILLIAM L. PARKER
FERDINAND ALVARO, JR. •
MARK A. NEWCITY ⌂

CAROL J. ANGUILLA ♦⌂
FRANK CAMPBELL JR. *
JOSEPH M. CODEGA ○·
FREDERICK E. DASHIELL*
LUCY ELANDJIAN *

ANNE-MARIE H. GERBER +
KATHLEEN GROVER ∨
BARBARA L. HORAN
ROBERT P. LA HAIT
AMY CASHORE MARIANI *
JEFFREY B. L. MELLER ╟ §
SUSAN M. MORRISON
JEFFREY A. NOVINS •
EDWARD P. O'LEARY †
SONIA L. SKINNER
DAVID JON VOLKIN
KENNETH F. WHITTAKER

RHODE ISLAND OFFICE

571 PONTIAC AVENUE
CRANSTON, RI 02910
TELEPHONE (401) 941-3220
FAX (401) 941-3055

CONNECTICUT OFFICE

ONE CONSTITUTION PLAZA
SUITE 900
HARTFORD, CT 06103
TELEPHONE: (860) 549-6803
FAX: (860) 728-0546

* OF COUNSEL
╟ INTERNATIONAL COUNSEL

UNLESS DESIGNATED OTHERWISE, OUR ATTORNEYS ARE ADMITTED ONLY IN MASSACHUSETTS

+ ALSO ADMITTED IN CALIFORNIA
⌂ ALSO ADMITTED IN CONNECTICUT
∨ ONLY ADMITTED IN CONNECTICUT
• ALSO ADMITTED IN NEW YORK
† ALSO ADMITTED IN NEW HAMPSHIRE
○ ONLY ADMITTED IN RHODE ISLAND
· ALSO ADMITTED IN WASHINGTON, D.C.
♦ ONLY ADMITTED IN MARYLAND
§ ONLY ADMITTED IN VERMONT

November 1, 2005

**VIA CERTIFIED MAIL**
Mr. James J. Ward
26 Annavoy Street
E. Boston, MA 02129

RE: James J. Ward v. American Airlines, Inc.

Dear Mr. Ward:

I have received your letter dated October 27, 2005 and your letter advising that the date scheduled for your re-noticed deposition is inconvenient. We will be happy to work with you to reschedule your deposition and the three depositions that you have noticed (which will also need to be rescheduled) for mutually convenient dates. As you are aware, the Court has set a status conference for November 21, 2005 at 2:15. I suggest that we meet briefly in person after that conference to set a firm deposition schedule and to address any other matters that the Court has left unresolved at that time. I will come prepared with several possible dates for depositions for the witnesses whose depositions you have noticed.

Thank you for your attention to this matter.

Very Truly Yours,

Amy Mariani (mmw)

Amy Cashore Mariani

FITZHUGH, PARKER & ALVARO LLP (2)

cc: David Strickler, Esq.
George Howarth, Clerk
U.S.D.C. for the District of Massachusetts