# **E N D O R S E M E N T**

JAMES J. WARD v. AMERICAN AIRLINES, INC.
05-CV-10239-MEL

---

LASKER, D.J.

     The pending motions are disposed of as follows: Ward's motion for sanctions, motion for a protective order, and second motion for a protective order are DENIED.  American Airlines' motion for an order precluding Ward from filing further frivolous motions, and Ward's motion to quash in response, are also DENIED.

     American Airlines is to file a motion for summary judgment by January 17, 2006.  Ward is to file his opposition by January 31, 2006.  All discovery is stayed until the Court rules on American's motion for summary judgment.

     It is so ordered.


Dated:     November 21, 2005
          Boston, Massachusetts     /s/ Morris E. Lasker
                                            U.S.D.J.