**UNITED STATES DISTRICT COURT**
BOSTON, MASSACHUSETTS 02210

CHAMBERS OF
JUDGE MORRIS E. LASKER

December 5, 2005

James J. Ward
26 Annavoy Street
East Boston, MA 02128

    Re: *James J. Ward v. American Airlines, Inc.*
      05-CV-10239-MEL

Dear Mr. Ward,

  The Judge has received your letter of November 28, 2005. There is no indication that the letter and attached exhibits were served on opposing counsel as is required by the rules of this Court. Kindly send opposing counsel a copy of the letter and the attached exhibits, and please remember to follow this procedure in the future.

  While it is routine to permit two (2) weeks to file an opposition to a motion for summary judgment, the Judge has decided to grant you four (4) weeks to respond to American Airlines' motion for summary judgment, once it is filed. Aside from this modification, the briefing in your case will proceed as previously scheduled.

  Once he is in receipt of the papers the Judge will decide whether, as you assert, genuine issues of material fact still remain in dispute such that summary judgment is inappropriate, or whether summary judgment should now be granted. In the event that American Airlines' motion for summary judgment is denied, the Court would look favorably upon mediation or arbitration between the parties.

             Very truly yours,

             *Susan Farbstein*
             Susan Farbstein
             Law Clerk to U.S.D.J. Lasker