UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES J. WARD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN AIRLINES, INC. )<br>)<br>Defendant. )<br>_____) | Civil Action No.: 05 CV 10239 MEL |

## **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56(c) of the Federal Rules of Civil Procedure and Local Rule 56.1, the defendant, American Airlines, Inc., moves this Court for an Order granting them summary judgment on all claims asserted by the plaintiff in this action.

In support of this Motion for Summary Judgment, the defendant relies on the memorandum of law, statement of material facts and exhibits submitted herewith. Based on the undisputed material facts of record submitted herewith, Defendant is entitled to judgment as a matter of law.

Respectfully submitted,
**AMERICAN AIRLINES, INC.,**

By its attorney,

 _/s/ Amy Cashore Mariani_____
Amy Cashore Mariani, BBO #630160
**FITZHUGH, PARKER & ALVARO LLP**
155 Federal Street, Suite 1700
Boston, MA 02110
Dated:  January 17, 2006         (617) 695-2330

**CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 17th, 2006.

                                                       /s/ Amy Cashore Mariani
                                                Amy Cashore Mariani