**FITZHUGH, PARKER & ALVARO LLP**
ATTORNEYS AT LAW

155 FEDERAL STREET
SUITE 1700
BOSTON, MA 02110-1727
TELEPHONE: (617) 695-2330
FAX: (617) 695-2335
WWW.FITZHUGHLAW.COM

MICHAEL A. FITZHUGH
WILLIAM L. PARKER
FERDINAND ALVARO, JR. •
MARK A. NEWCITY ▲

CAROL J. ANGUILLA ♦▲
FRANK CAMPBELL JR. *
JOSEPH M. CODEGA ○•
FREDERICK E. DASHIELL*
LUCY ELANDJIAN *

ANNE-MARIE H. GERBER +
KATHLEEN GROVER ▽
BARBARA L. HORAN
ROBERT P. LA HAIT
AMY CASHORE MARIANI *
JEFFREY B. L. MELLER ╿ §
SUSAN M. MORRISON
JEFFREY A. NOVINS •
EDWARD P. O'LEARY †
SONIA L. SKINNER
DAVID JON VOLKIN
KENNETH F. WHITTAKER

RHODE ISLAND OFFICE

571 PONTIAC AVENUE
CRANSTON, RI 02910
TELEPHONE (401) 941-3220
FAX (401) 941-3055

CONNECTICUT OFFICE

ONE CONSTITUTION PLAZA
SUITE 900
HARTFORD, CT 06103
TELEPHONE: (860) 549-6803
FAX: (860) 728-0546

* OF COUNSEL
╿ INTERNATIONAL COUNSEL

UNLESS DESIGNATED OTHERWISE, OUR ATTORNEYS ARE ADMITTED ONLY IN MASSACHUSETTS

+ ALSO ADMITTED IN CALIFORNIA
▲ ALSO ADMITTED IN CONNECTICUT
▽ ONLY ADMITTED IN CONNECTICUT
• ALSO ADMITTED IN NEW YORK

† ALSO ADMITTED IN NEW HAMPSHIRE
○ ONLY ADMITTED IN RHODE ISLAND
• ALSO ADMITTED IN WASHINGTON, D.C.
♦ ONLY ADMITTED IN MARYLAND
§ ONLY ADMITTED IN VERMONT

January 18, 2006

**VIA HAND DELIVERY**
George Howarth, Clerk
U.S.D.C. for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

        Re:    James J. Ward v. American Airlines, Inc.
                Civil Action No.: 05 CV 10239MEL

Dear Mr. Howarth:

    As per a voicemail message I left for you this morning, please find enclosed oversized Exhibits to Defendant's Statement of Facts in support of its Motion for Summary Judgment in the above-referenced case.

    I encountered serious issues while trying to e-file these exhibits yesterday. In fact, I spent almost two hours trying to file them electronically. Although you will find that Defendant's Motion, Memorandum and Statement of Facts were successfully filed yesterday, the exhibits were unable to be processed by the CM/ECF system. What I eventually realized after several failed e-filing attempts was that one single page of Exhibit 6 was over 2 MB (the size limit imposed by the CM/ECF system). Furthermore, I was unable to file the exhibits excluding that one page, as demonstrated by the attached yellow pages showing an internal system error.

FITZHUGH, PARKER & ALVARO LLP (2)

      In short, I now forward these exhibits as paper copies in order to complete this filing as expeditiously as possible. I would be happy to supply the Court with a disc containing the electronic copies of these documents if it is so desired. Please note that Plaintiff James Ward was served yesterday via regular mail will full and complete copies of these documents and exhibits, and will not be prejudiced in serving his opposition to Defendant's motions in a timely fashion.

      Please contact me with any comments, questions, or concerns that you have regarding this issue. Thank you for your attention to this matter.

Very Truly Yours,

Melissa Wangenheim
Paralegal

Enclosures

## Other Documents

1:05-cv-10239-MEL Ward v. American Airlines, Inc

An Internal Error has occurred the error code 71. - 1 (0 0 /tmp/122952616123235 )-(8460 49 /tmp/122952616123235 )

An Internal Error has occurred the error code 70. -1

## Other Documents

1:05-cv-10239-MEL Ward v. American Airlines, Inc

An Internal Error has occurred the error code 71. - transferenvironment

```
|48790 96 /tmp/a1208618724
|
```

An Internal Error has occurred the error code 70. -1