UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES J. WARD )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN AIRLINES, INC. )<br>)<br>Defendant. )<br>) | Civil Action No.: 05 CV 10239 MEL |

## PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S SUMMARY JUDGMENT EXHIBITS

Now comes the Plaintiff James J. Ward and moves to strike exhibits 1 through 4, 6 and 7 filed in support of Defendant's Statement of Material Facts not in Dispute in support of Defendant's Motion for Summary Judgment.

The grounds for this motion are that there is no Affidavit or other pleading authenticating, verifying or identifying such documents under oath and they lack sufficient foundation to be admissible in evidence. Documents for which a proper foundation has not been laid cannot support a Motion for Summary Judgment. Carmona v. Toledo, 215 F.3d 124, 131 (1st Cir. 2000). See 11 Moore's Federal Practice, §56.14[2][c]. Additionally, Defendant's Exhibit 6 purports to be documents provided to Defendant AA's counsel by Plaintiff at a settlement conference (Defendant's Statement of Material Facts, para. 9). Such documents are not admissible under Rule 408 of the Federal Rules of Evidence. Accordingly, these exhibits should be stricken. Defendant's Exhibit 5 is a copy of the Complaint initiating this action and may remain on the record.

                                          Respectfully submitted,
                                          James J. Ward,
                                          By his attorney,

                                          _____/s/_____
                                          Frank J. Teague, Esq.
                                          Frank J. Teague & Associates
                                          One Liberty Square, 4th Floor
                                          Boston, MA 02109
                                          (617) 350-7700
                                          BB0# 493780

Date: February 16, 2006