UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES J. WARD ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERICAN AIRLINES, INC. ) <br> ) <br> Defendant. ) <br> ) | Civil Action No.: 05 CV 10239 MEL |

NOTICE OF APPEARANCE

Please enter my appearance on behalf of the Plaintiff James J. Ward in the above civil action.

                                          /s/
                                  Frank J. Teague, Esq., BBO# 493780
                                  Frank J. Teague & Associates
                                  One Liberty Square, 4th Floor
                                  Boston, MA  02109
                                  (617) 350-7700

Dated: February 16, 2006