*Frank J. Teague, Esquire*
**Frank J. Teague & Associates**
**One Liberty Square, 4th Floor**
**Boston, MA 02109**

Telephone: (617) 350-7700     E-Mail: fjt@mlgllc.com
Facsimile:  (617) 350-0007

February 16, 2006

Clerk for Civil Business
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:    James J. Ward v. American Airlines, Inc.
             Civil Action No: 05 CV 10239 MEL

Dear Sir/Madam:

Enclosed for filing in the above captioned civil action are the following:

1. Notice of Appearance of Frank J. Teague, Esq. on behalf of the Plaintiff;
2. Plaintiff's Opposition to Defendant's Motion for Summary Judgment;
3. Plaintiff's Statement of Material Facts;
4. Affidavit of Plaintiff James J. Ward in Opposition to Defendant's Motion for Summary Judgment;
5. Plaintiff's Motion to Strike Defendant's Summary Judgment Exhibits; and
6. Certificate of Service

                                                          Very Truly Yours

                                                          Frank J. Teague

Enclosure
cc:    Amy Cashore Mariani, Esq.
       James J. Ward