UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES J. WARD<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC.<br><br>Defendant. | Civil Action No.: 05 CV 10239 MEL |

CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiff certifies that on February 16, 2006, copies of the following pleadings were served by first class mail, postage prepaid, on Amy Cashore Mariani, Esquire, counsel of record for Defendant: (1) Notice of Appearance; (2) Plaintiff's Opposition to Defendant's Motion for Summary Judgment; (3) Plaintiff's Statement of Material Facts; (4) Affidavit of Plaintiff in Opposition to Defendant's Motion for Summary Judgment; and (5) Plaintiff's Motion to Strike Defendant's Summary Judgment Exhibits.

Respectfully submitted:


_____/s/_____
Frank J. Teague, Esquire, BBO#493780
Frank J. Teague & Associates
One Liberty Square, 4th Floor
Boston, MA  02109