# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JAMES J. WARD | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AMERICAN AIRLINES, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

Civil Action No.: 05 CV 10239 MEL

## AFFIDAVIT OF PLAINTIFF JAMES J. WARD IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

James J. Ward deposes and says as follows:

1.      I am a resident of East Boston, Massachusetts.  I am 47 years of age.

2.      I started my employment with the Defendant American Airlines, Inc. ("AA") in 1988.  In 2003, my job was "Fleet Service Clerk Crew Chief" – i.e. ramp supervisor – at Logan Airport.

3.      From 1988 through the present I have been a member in good standing of the Transport Worker's Union of America, Local 507.

4.      In November of 2002, I was diagnosed with the disease of fibromuscular displasia.  This is a narrowing (or stenosis) of the arteries due to abnormal cellular growth in artery walls.  The condition results in a decrease of blood flow to vital organs such as the brain, kidneys and liver, as well as to the extremities (arms and legs).  Symptoms of this disease are dizziness, vertigo, chronic and severe headaches and numbness and/or

pain in the limbs. There is no cure for this disease and it is progressive. There are temporary treatments to alleviate symptoms, including angioplasty and arteriograms.

5.    On April 5, 2003, I was determined by AA to be totally disabled and placed on sick leave. On June 23, 2003 I was placed on leave of absence status by AA and became eligible for short term and long term disability insurance benefits. According to AA, due to my sick leave of absence status, I was entitled to continue participation in AA's employee health insurance program with the Harvard Pilgrim Health Care HMO ("HPHC") for a twelve (12) month period from June 23, 2003 through June 22, 2004.

6.    On or about November 21, 2003, AA sent me a letter terminating my employment because I allegedly had misused employee flight benefits while on sick leave status. (Defendant's Exh. 1). Thus my health insurance with the HPHC was discontinued on November 21, 2003, when I needed coverage due to my illness.

7.    After I was terminated by AA, I became eligible for unemployment under Massachusetts law. I also became eligible for some medical insurance through the Massachusetts Security Plan. I had to purchase this coverage at a cost of $520.00 ($20.00 per week for 26 weeks coverage). This insurance was inferior to HPHC and had higher co-pays and deductibles.

8.    My union, Local 507, grieved the termination as a wrongful termination without cause. This grievance was filed by Local 507 on my behalf and was eventually settled pursuant to a written Settlement Agreement between AA, Local 507 and me. The Settlement Agreement was signed on July 6, 2004 and is dated June 29, 2004. A copy of the Settlement Agreement is contained in Defendant's Exhibits as Exhibit 2.

9.    Under the language of paragraph 1 of the Agreement, I was "reinstated to

the position of Fleet Service Clerk Crew Chief" and "returned to an unpaid sick leave absence effective with the signing of this Agreement" – as of July 6, 2004. The Agreement further provided, in paragraph 3, that "health benefits will be restored to Mr. Ward effective with the signing of this Agreement" – i.e. as of July 6, 2004. The Agreement also provided, in paragraph 4, that "Mr. Ward will remain on a leave of absence for as long as the leave will allow." (Defendant's Exh. 2).

10. I interpreted the foregoing language to mean that I had seven (7) more months of paid sick leave coverage from July 6, 2004 through February 5 of 2005, or at least seven (7) months from the date of the Agreement – i.e. from June 29, 2004 through January 28, 2005.

11. Additionally, since I had been wrongfully denied health insurance coverage for the time period between November 21, 2003 and the effective date of the Agreement, June 29, 2004, Defendant AA agreed in paragraph 3 of the Settlement Agreement that I would be eligible to file any health insurance benefit claims that were incurred during my time off payroll and AA further agreed that these benefit claims "will be processed in accordance with the terms of the Health Plan."

12. Before the Settlement Agreement was signed, HPHC had refused to cover certain medical bills incurred by me after November 21, 2003 because my coverage was cancelled by AA when my employment was terminated. After the Settlement Agreement was signed, I submitted a total of fifteen bills to HPHC for medical expenses incurred during my time off payroll – i.e. between November 21, 2003 and July 6, 2004. HPHC paid seven of these bills (the seven bills listed in Defendant's Exh. 3 totaling $1,127.27 less applicable co-pays). I also submitted documentation for nine other bills to HCHP

totaling $712.43 for processing.  Copies of the documents are attached hereto as Exhibits A through J and are as follows:

> A – Winchester Physicians – 03/06/04 - $27.75 (after application of unemployment health insurance coverage).
>
> B – New Passages, P.C. – 03/04/04 - $110.00
>
> C – Winchester Physicians – 02/05/04 - $43.24
>
> D – Winchester Physicians – 03/06/04 - $70.00
>
> E – New Passages, P.C. – 02/02/04 - $125.00
>
> F – Quest Diagnostics – 06/15/04 - $126.00
>
> G – Winchester Physicians – 06/15/04 - $60.44
>
> H – Partners Health Care – 01/04/03 - $150.00

I was notified by HPHC's insurance claim processor, United Healthcare, that "these charges are for services provided after this patient's coverage was cancelled.  Therefore they are not covered."  See Exh. F, p. 2.

13. After receiving notification of non-coverage of the above bills, I telephoned AA's Human Resources Department in Fort Worth, Texas, and spoke to Eunice Frost.  I inquired as to why my bills were not being paid in light of the Settlement Agreement.  Ms. Frost seemed unaware of the Settlement Agreement, and at her request, I sent her copies of the unpaid bills and Settlement Agreement.  Copies of my cover letter of August 3, 2004 and the certified mail receipt indicating receipt by AA are attached hereto as Exhibit I.

14. At this time, I had other questions of AA as to the extent of my short

term disability and long term disability benefits in light of the time that I was "off payroll" and then subsequently reinstated to leave of absence status by the Settlement Agreement. I also had questions about employee flight benefits, stock options and other employment matters.

15. On August 11, 2004, I spoke by telephone with AA Human Resources Representative Laura Kissick; on August 13, 2004 I spoke with an AA HR Representative named "Michelle"; and later from an HR Supervisor who identified herself as "Debbie". These HR employees expressed confusion about the Settlement Agreement. An example of the confusion: On August 13, 2004, Debbie informed me that I could not file for permanent and total disability ("PTD") because the filing deadline had expired in April of 2004. I tried to explain that it had been impossible for me to file a claim in April of 2004 because my employment status had been terminated and was not reinstated until the Settlement Agreement was signed on July 6, 2004. Therefore the filing deadline would have to be adjusted. On August 17, 2004, I faxed another copy of the Settlement Agreement to AA's HR Department at Debbie's request. On September 8, 2004 I spoke with an American Airlines HR Representative named "Jason" at AA's HR Department about my short-term disability and medical coverage.

16. In all of my conversations with AA's HR Representatives between August and October of 2004, they seemed unaware of the Settlement Agreement and its effect on my benefits such as short-term disability, long-term disability, flight benefits, stock options and health insurance coverage. I spoke to individual AA Human Resources employees named Eunice Frost, Laura Kissick, Michelle, Debbie (Michelle's supervisor), Kim, Jason, Anna Martinez, Don Procknow (AA's Director of Labor for Transport

Worker's Union matters), and other individuals. They expressed much uncertainty and confusion about the Settlement Agreement and my status and benefits thereunder and usually told me they were researching the matter.

17. On September 29, 2004, I telephoned AA's COBRA Administrator, Conexis, to inquire when I would be eligible for COBRA coverage. I was informed by Conexis that my COBRA coverage started as of June 25, 2004, indicating that AA did not intend to continue my health insurance coverage after June 24, 2004 which was 12 days before the Settlement Agreement was signed and 6 days before the effective date of the Settlement Agreement.

18. I informed Conexis of the Settlement Agreement and was told that Conexis would research my case. On October 5, 2004, I called Conexis again about my COBRA coverage. I was informed that if there was a lapse in coverage of more than 63 days, I would not be eligible for pre-existing condition coverage under COBRA. At this time my coverage had, according to AA, lapsed for well over 63 days. Conexis' representative indicated that Conexis would continue to research my case.

19. On or about October 5, 2004, I received a call from Anna Martinez of AA's Human Resources Department in Fort Worth, Texas. She told me AA's position was that my continued health insurance coverage expired on June 22, 2004, and that the Settlement Agreement did not extend it. I received two conflicting written notices dated October 4, 2004: (1) a notice from Conexis stating that my HPHC coverage ended June 24, 2004 (Exh. J-1); and (2) a notice from HPHC that my coverage ended August 1, 2004. (Exh. J-2).

20. In early November, 2004, I submitted four additional bills to AA

for medical costs incurred on August 2, August 20, and November 21, 2004. The total of these four bills was $446.57. Copies are attached hereto as Exhibits K through N. I did not bother to send these four bills to HPHC for processing since it was clear that HPHC would not cover any claims as long as AA took the position that my health coverage was cancelled on June 22, 2004. The four bills are as follows:

K – Winchester Physicians – 08/02/04 - $85.00

L – Winchester Hospital – 08/20/04 - $205.58

M – North Shore Radiological – 08/20/04 - $30.00

N – CVS Pharmacy – 11/01/04 - $125.99

21. In early November of 2004 I submitted a "1st Level Appeal" to AA concerning the denial of medical coverage both during the time period that I was on termination status (November 23, 2003 though July 6, 2004) and for the four (4) bills incurred in August and November of 2004. I also appealed AA's decisions with respect to certain short term disability benefits and permanent and total ("PTD") disability benefits.

22. On or about November 30, 2004 I received a letter from AA entitled "Denial 1st Level Appeal" (Exhibit O). In the denial, AA did not even address the medical bills incurred between November 23, 2003 and July 6, 2004. With respect to the four (4) bills incurred in August and November of 2004, Defendant AA stated that all of my sick leave benefits terminated on June 22, 2004 notwithstanding the language of the Settlement Agreement. AA referred me to other avenues of appeal with respect to the short term and PTD benefits. As instructed in the letter denying my 1st Level Appeal, I pursued a "2nd Level Appeal" of AA and submitted it in early January of 2005. I do not have a copy of

this submission.  On January 11, 2005, Defendant AA acknowledged receipt of my 2nd

Level Appeal (Exhibit P).  This was denied on or about June 3, 2005.  With respect to

medical coverage, I appealed to AA because coverage depended on whether AA

considered me eligible for coverage under the Settlement Agreement, not an HCHP or its

claim processor.

23.  In addition to the bills listed in paragraphs 12 and 20 above, I incurred two other

medical bills which I have not submitted to AA because in light of AA's refusal to

recognize me as a covered employee on other bills, such a submission would be a waste

of time.  These include the following:

Exhibit Q – New Passages, P.C. – 06/17/04 - $48.10

Exhibit R – Winchester Hospital – 07/15/04 - $473.71

Total - $521.81

24.  In addition to the above, I had to pay the Massachusetts Department of

Employment and Training $520 for health coverage under the DET's Medical Security

Plan.  ($20 per week for 26 weeks).  Finally, while on the DET's plan, I had to pay a

higher co-pay for the many prescription drugs I required during the 36 weeks I was on

unemployment, the cost of which was $270.00.

25.  In the midst of all this confusion, I filed a small claims action in the East

Boston District Court against AA for breach of contract for its failure to assure that my

health insurance coverage was reinstated pursuant to the Settlement Agreement.

Signed under the penalties of perjury this _13th_ day of February, 2006.

_____
James J. Ward

# Medical
**SECURITY PLAN**

## CLAIM SUMMARY
000032964

PAGE    1 OF 1

This notice explains how we processed your claims; it is not a bill.  Please look this over carefully.  On the back, we've explained what you should do if you have any questions or disagree with how we processed your claims. Please keep this for your tax and medical records.

| PROVIDER/ SERVICES | DATES OF SERVICE | UNITS | AMOUNT CHARGED | AMOUNT ALLOWED | YOUR CO-PAY | YOUR CO-INS | BENEFITS | YOUR BALANCE | MSG. CODE |
|---|---|---|---|---|---|---|---|---|---|
| MEMBER:  JAMES J | | | CLAIM #:  23041273452300 | | | | DATE RECEIVED: 05/06/04 | | |
| PROVIDER: WINCHESTER PHYSICIAN ASSOC | | | | | | | | | |
| MEDICAL CARE  EMG | 03/06/04-03/06/04 | | 85.00 | 60.44 | 10.00 | 0.00 | 32.69 | 27.75 | A |
| TOTAL ------- | | | 85.00 | 60.44 | 10.00 | 0.00 | 32.69 | 27.75 | B |

A-YOUR DEDUCTIBLE FOR THIS SERVICE IS $17.75. THAT AMOUNT IS SHOWN IN THE "YOUR BALANCE" COLUMN. (Z763)
B-WITH THIS CLAIM, $100.00 ACCUMULATED TOWARDS THIS MEMBERS DEDUCTIBLE MAXIMUM OF $100.00 FOR ALL SERVICES. THIS LEAVES $0.00 TO BE MET BEFORE WE CAN PROVIDE BENEFITS. (Z266)

| | GRAND TOTAL ------- | | 85.00 | 60.44 | 10.00 | 0.00 | 32.69 | 27.75 | |

| ID NUMBER | SUBSCRIBER NAME | DATE |
|---|---|---|
| XXA443487956 | TERI R WARD | 05/14/04 |

F31

TERI R WARD
26 ANNAVOY ST
ORIENT HEIGTS    MA   02128





| DIAGNOSIS CODE | SERVICE DATE | PROCEDURE CODE | PATIENT NAME | DOCTOR CODE | DESCRIPTION | PATIENT | INSURANCE |
|---|---|---|---|---|---|---|---|
| | | | WARD | | Balance Carried Forward | 0.00 | 0.00 |
| 30020 | 030404 | -90806 | JAMES | PR | PSYCHOTHERAPY | 5.00 | 125.00 |
| | | 5 | | | VALUE HARVARD COPAY | 15.00 | -15.00 |
| | | 5 | | | COPAYMENT ADJUSTMENT | | |
| | 101804 | 5 | JAMES | PR | BLUE SHIELD REJECTS | -110.00 | -110.00 |
| | | | | | ***TOTAL FOR VISIT 5*** | 110.00 | 0.00 |
| 30020 | 061704 | -90806 | JAMES | PR | PSYCHOTHERAPY | 10.00 | 125.00 |
| | | 8 | | | BLUE SHIELD COPAYMENT | 10.00 | -10.00 |
| | | 8 | | | COPAYMENT ADJUSTMENT | | |
| | 061704 | 8 | JAMES | | BLUE SHIELD CHECK | | -34.15 |
| | | 8 | | | BLUE SHIELD COPAYMENT | 8.10 | -38.10 |
| | | 8 | | | INSURANCE ADJUSTMENT BS | | -42.75 |
| | 091804 | 8 | JAMES | | PATIENT PAYMENT AMA | -10.00 | |
| | | 8 | | | INSURANCE ADJUSTMENT PV | 15.00 | -15.00 |
| | | | | | ***TOTAL FOR VISIT 8*** | 0.00 | 0.00 |

| ACCOUNT NUMBER | CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | OVER 120 DAYS | BALANCE DUE | PATIENT | INSURANCE |
|---|---|---|---|---|---|---|---|---|
| 3705 | 0.00 | 110.00 | 0.00 | 0.00 | 0.00 | $110.00 | | 0.00 |

JAMES WARD

**PATIENT IS RESPONSIBLE FOR "BALANCE DUE" SHOWN**

SHEENA MCKIE, LICSW, PHYLLIS ROSS, LICSW
SHEILA W. MCMAHON, LICSW, CHARLOTTE FASILLA

QUES. CALL 781-729-4010 LEAVE MESSAGE

NEW PASSAGES, P.C.
23 MATCHETT STREET
BRIGHTON, MA 02135

Exhibit B

Pd-
House Act. Clk # 3093 $110.00
2-2-05

WINCHESTER PHYSICIAN ASSOCIATES, I
PO BOX 760
WINCHESTER, MA 01890-4260

RETURN SERVICE REQUESTED

| STATEMENT DATE | PAY THIS AMOUNT | ACCT. # |
|---|---|---|
| 07/03/2004 | $ 60.44 | 46024A39 |

FOR ACCOUNT QUESTIONS CALL:
781-729-1810

ACCOUNT BALANCE:   $   60.44

SHOW AMOUNT PAID HERE  $

ADDRESSEE:                                              REMIT TO:

JAMES WARD
26 ANNAVOI ST
ORIENT HEIGHTS, MA 02128

296

WINCHESTER PHYSICIAN ASSOCIATES, I
PO BOX 760
WINCHESTER, MA 01890-4260

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

**STATEMENT**     PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYM

PATIENT:    JAMES WARD
PROVIDER:   RONALD BACKER, M.D.

| DATE | DESCRIPTION | CHGS/CREDITS | OUTSTANDING |
|---|---|---|---|
| 02/05/2004 | LEVEL 3 EST PATIENT | $  85.00 | |
| 03/17/2004 | CREDIT INSURANCE ADJUSTMENT | $ -26.76 | |
| 03/17/2004 | CREDIT INSURANCE PAYMENT | $ -43.24 | |
| 05/11/2004 | DEBIT INSURANCE TAKEBACK | $  43.24 | |
| 02/17/2004 | CREDIT PATIENT ADJUSTMENT | $ -15.00 | |
| 05/15/2004 | CREDIT PATIENT PAYMENT - THANK YOU | $ -43.24 | |
| 03/06/2004 | LEVEL 3 EST PATIENT | $  85.00 | |
| 05/24/2004 | CREDIT INSURANCE ADJUSTMENT | $ -24.56 | |
| 05/24/2004 | CREDIT INSURANCE PAYMENT | $ -32.69 | |
| 05/28/2004 | CREDIT PATIENT PAYMENT - THANK YOU | $ -10.00 | |
| 05/28/2004 | CREDIT PATIENT PAYMENT - THANK YOU | $ -16.76 | |
| 06/16/2004 | CREDIT PATIENT ADJUSTMENT | $  -0.99 | |
| 06/15/2004 | LEVEL 3 EST PATIENT | $  85.00 | |
| 06/29/2004 | CREDIT INSURANCE ADJUSTMENT | $ -24.56 | |
| | PATIENT BALANCE DUE - DEDUCTIBLE | | $  60.44 |

✳

Exhibit C

YOUR PROMPT PAYMENT IS APPRECIATED.

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | OVER 120 DAYS | TOTAL ACCOUNT BALANCE | INSURANCE PENDING | CURRENT BALANCE DUE |
|---|---|---|---|---|---|---|---|
| 60.44 | 0.00 | 0.00 | 0.00 | 0.00 | 60.44 | 0.00 | 60.44 |

CLOSING DATE: 07/03/2004     ACCOUNT NUMBER: 46024A391          3631

PATIENT: JAMES WARD
PROVIDER: RONALD BACKER, M.D.

| DATE | DESCRIPTION | CHGS/CREDITS OUTSTANDING |
|---|---|---|
| 11/04/2003 | LEVEL 3 EST PATIENT | $ 85.00 |
| 12/17/2003 | CREDIT INSURANCE ADJUSTMENT | $ -26.76 |
| 12/17/2003 | CREDIT INSURANCE ADJUSTMENT | $ -4.32 |
| 12/17/2003 | CREDIT INSURANCE PAYMENT | $ -38.92 |
| 01/26/2004 | CREDIT PATIENT ADJUSTMENT | $ -15.00 |
| 11/20/2003 | LEVEL 3 EST PATIENT | $ 85.00 |
| 12/31/2003 | CREDIT INSURANCE ADJUSTMENT | $ -26.76 |
| 12/31/2003 | CREDIT INSURANCE ADJUSTMENT | $ -4.32 |
| 12/31/2003 | CREDIT INSURANCE PAYMENT | $ -38.92 |
| 01/26/2004 | CREDIT PATIENT ADJUSTMENT | $ -15.00 |
| 02/05/2004 | LEVEL 3 EST PATIENT | $ 85.00 |
| 03/17/2004 | CREDIT INSURANCE ADJUSTMENT | $ -26.76 |
| 03/17/2004 | CREDIT INSURANCE PAYMENT | $ -43.24 |
| 02/17/2004 | CREDIT PATIENT ADJUSTMENT | $ -15.00 |
| 03/06/2004 | LEVEL 3 EST PATIENT | $ 85.00 |
| 03/09/2004 | CREDIT PATIENT ADJUSTMENT | $ -15.00 |
| | PATIENT BALANCE DUE - OTHER | $ 70.00 |

YOUR PROMPT PAYMENT IS APPRECIATED.

CLOSING DATE: 04/17/2004
ACCOUNT NUMBER: 460240391
2712

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | OVER 120 DAYS | TOTAL ACCOUNT BALANCE | INSURANCE PENDING | CURRENT BALANCE DUE |
|---|---|---|---|---|---|---|---|
| 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 | 0.00 | 70.00 |

Exhibit D

**STATEMENT**

NEW PASSAGES, P.C.          SHEENA MCKIE,LICSW,PHYLLIS ROSS,LICSW
23 MATCHETT STREET          SHEILA W.MCMAHON,LICSW,CHARLOTTE PASILLAS,LICSW
BRIGHTON, MA 02135

| ACCOUNT NUMBER |
|---|
| 3705 |
| STATEMENT DATE |
| 071304 |

TO:

JAMES WARD
26 ANNAVOY ST
BOSTON, MA 02128                                    $ _____
                                                      AMOUNT ENCLOSED

CONTACT BILLING MAIL BOX THANK YOU.

⌐ PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT ⌐
▼ INSURANCE AND CHANGE OF ADDRESS INFORMATION ON REVERSE ▼

| DIAGNOSIS CODE | SERVICE DATE | PROCEDURE CODE | PATIENT NAME | DOCTOR CODE | DESCRIPTION | PATIENT | INSURANCE |
|---|---|---|---|---|---|---|---|
| | | | WARD | | Balance Carried Forward | 0.00 | 0.00 |
| 30020 | 111703 | -90801 | JAMES | PR | INITIAL THERAPY | | 140.00 |
| | | 1 | | | VALUE HARVARD COPAY | ✓ 15.00 | -15.00 |
| | | 1 | | | COPAYMENT ADJUSTMENT | -15.00 | |
| | 111703 | 1 | JAMES | | VALUE HARVARD CHECK | | -71.00 |
| | | 1 | | | VALUE HARVARD WRITEOFF | | -54.00 |
| | | 1 | | | ***TOTAL FOR VISIT 1*** | 0.00 | 0.00 |
| 020 | 010504 | -90806 | JAMES | PR | PSYCHOTHERAPY | | 125.00 |
| | | 2 | | | VALUE HARVARD COPAY | ✓ 15.00 | -15.00 |
| | | 2 | | | COPAYMENT ADJUSTMENT | -15.00 | |
| | 010504 | 2 | JAMES | | VALUE HARVARD CHECK | | -50.00 |
| | | 2 | | | VALUE HARVARD WRITEOFF | | -60.00 |
| | | 2 | | | ***TOTAL FOR VISIT 2*** | 0.00 | 0.00 |
| 30020 | 011504 | -90806 | JAMES | PR | PSYCHOTHERAPY | | 125.00 |
| | | 3 | | | VALUE HARVARD COPAY | ✓ 20.00 | -20.00 |
| | | 3 | | | COPAYMENT ADJUSTMENT | -20.00 | |
| | 011504 | 3 | JAMES | | VALUE HARVARD CHECK | | -50.00 |
| | | 3 | | | VALUE HARVARD WRITEOFF | | -55.00 |
| | | 3 | | | ***TOTAL FOR VISIT 3*** | 0.00 | 0.00 |
| 30020 | 020204 | -90806 | JAMES | PR | PSYCHOTHERAPY | | 125.00 |

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | OVER 120 DAYS | BALANCE DUE | PATIENT | INSURANCE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Continued on next sheet

| ACCOUNT NUMBER | | **PATIENT IS RESPONSIBLE FOR "BALANCE DUE" SHOWN** |
|---|---|---|
| | | |

Exhibit E

Pd. ck#1985
6-13-04
$23.10
Mouseket

Page 1



# Quest Diagnostics®

## Laboratory Invoice

For services not included in your physician's bill.

| | |
|---|---|
| **Invoice Number** | P41968878 |
| **Lab Code** | CAM |



3388BACK CAM 41968878          1010
JAMES WARD
40 MONUMENT SQ
CHARLESTOWN, MA  02129-3450

‖‖₀‖‖₀‖‖₀‖‖₀‖‖₀‖‖₀‖‖₀‖‖₀‖‖₀‖‖

> **Important Notice**
> YOUR INSURANCE COMPANY HAS NOT RESPONDED
> TO OUR CLAIM. PLEASE CONTACT YOUR
> INSURANCE COMPANY IF YOU BELIEVE SERVICES
> SHOULD BE COVERED.  THIS  BALANCE REMAINS
> OUTSTANDING. THIS IS A REQUEST FOR PAYMENT.
> IF WE DO NOT RECEIVE PAYMENT FROM YOU WE
> WILL BILL WITH INSURANCE INFORMATION WE MAY
> HAVE ON FILE FOR YOU.

| LABORATORY SERVICE | CPT CODE / DATE RECEIVED | AMOUNT |
|---|---|---|
| TOXIC SCREEN (6 TESTS) | 80101 | $126.00 |

| | |
|---|---|
| Patient Name | JAMES WARD |
| Date of Service | **June 15, 2004** |
| Amount Due | $126.00 |
| Payment Due Date | 02/12/2005 |
| Responsible Party | JAMES WARD |
| Requested by: | RONALD F BACKER MD (3388) |
| Invoice Date | **January 21, 2005** |

If you have  Medicare, Railroad Medicare or Medicaid as your primary or
secondary insurance, please send us the information - see reverse side



For billing inquiries or to pay by phone
Please have your invoice available for reference
Weekdays 8:30AM - 6 PM EST
1-800-253-2743
Fax  1-617-520-7711
Or visit our website at
www.questdiagnostics.com/bill

PATIENT AMOUNT DUE          $126.00

ICD-9 Codes:  V58.83
Tax ID # 04-3248020

The CPT codes provided are based on AMA guidelines and without regard
to specific payor requirements.

▼ Please fold and tear payment coupon along perforation and remit with payment in the envelope provided ▼



## Quest Diagnostics®

## Payment Coupon
Please make check payable to: Quest Diagnostics Incorporated.
Please include invoice number on your check.  Quest Diagnostics
Incorporated also accepts MasterCard & Visa. Please complete
credit card information on reverse or visit our website at
**www.questdiagnostics.com/bill**.

| Amount Due | $126.00 | |
|---|---|---|
| Payment Due Date | 02/12/2005 | |
| Invoice Number  P41968878 | | Lab Code CAM |
| Patient Name   JAMES WARD | | |
| Amount Enclosed | | |

**QUEST DIAGNOSTICS INCORPORATED**
**PO BOX 64363**
**BALTIMORE MD 21264-4363**

**MAIL PAYMENTS ONLY TO:**



☐ Check here if address has changed.  Indicate change on back.
Quest Diagnostics Incorporated reserves the right to assign this receivable to any of its
affiliates.

*Exhibit F*

01CAM4001004196887800012600901211021212644480000009

BE-00120-X01-000271-E0-04202-F039-A04-I1500
CFEB02-030826

**UNITED HEALTHCARE INSURANCE COMPANY**
**OLDSMAR SERVICE CENTER**
P.O. BOX 30551
SALT LAKE CITY, UT  84130-0551
PHONE: (800) 638-9599
VISIT WWW.MYUHC.COM FOR SELF-SERVICE

**AMR.**
Participating Subsidiaries
of AMR Corporation

PAGE: 1 OF 1
DATE: 07/20/04
ID #: A 949686317
EMPLOYEE: JAMES WARD
CONTRACT: 0194422
BENEFIT PLAN: AMR HEALTH PLAN

JAMES WARD
26 ANNAVOY ST
EAST BOSTON MA  02128

# EXPLANATION
# OF BENEFITS

## SERVICE DETAIL

| PATIENT/RELAT CLAIM NUMBER | PROVIDER/ SERVICE | DATE OF SERVICE | AMOUNT CHARGED | NOT COVERED | AMOUNT ALLOWED | COPAY/ DEDUCTIBLE | PLAN COVERS | BENEFIT AVAILABLE | REMARK CODE |
|---|---|---|---|---|---|---|---|---|---|
| JAMES 1898529801 | EE QUEST DIAGNOSTICS LABORATORY SERVICES | 06/15/04 TOTAL | 126.00 126.00 | 126.00 126.00 | | | | 0.00* 0.00 | 07 QN |

PLAN PAYS          0.00
** PATIENT PAYS      126.00

(*) INDICATES PAYMENT ASSIGNED TO PROVIDER

** DEFINITION:  "PATIENT PAYS" IS THE AMOUNT, IF ANY, OWED YOUR PROVIDER.  THIS MAY INCLUDE AMOUNTS ALREADY PAID
TO YOUR PROVIDER AT TIME OF SERVICE.

REMARK CODE(S) LISTED BELOW ARE REFERENCED IN THE "SERVICE DETAIL" SECTION UNDER THE HEADING "REMARK CODE".
(07 )  THESE CHARGES ARE FOR SERVICES PROVIDED AFTER THIS PATIENT'S COVERAGE WAS CANCELED, THEREFORE, THEY ARE NOT
COVERED.
(QN )  YOUR CLAIM MAY HAVE BEEN SEPARATED FOR PROCESSING PURPOSES. ANY ADDITIONAL CHARGES WILL BE PROCESSED AS SOON
AS POSSIBLE.

| BENEFIT PLAN PAYMENT SUMMARY INFORMATION | |
|---|---|
| QUEST DIAGNOSTICS | $0.00 |

A REVIEW OF THIS BENEFIT DETERMINATION MAY BE REQUESTED BY SUBMITTING YOUR APPEAL TO US IN WRITING AT THE FOLLOWING
ADDRESS: UNITEDHEALTHCARE APPEALS, P.O. BOX 30432, SALT LAKE CITY, UT 84130-0432. THE REQUEST FOR YOUR REVIEW MUST BE
MADE WITHIN 180 DAYS FROM THE DATE YOU RECEIVE THIS STATEMENT. IF YOU REQUEST A REVIEW OF YOUR CLAIM DENIAL, WE WILL
COMPLETE OUR REVIEW NOT LATER THAN 30 DAYS AFTER WE RECEIVE YOUR REQUEST FOR REVIEW.

YOU MAY HAVE THE RIGHT TO FILE A CIVIL ACTION UNDER ERISA IF ALL REQUIRED REVIEWS OF YOUR CLAIM HAVE BEEN COMPLETED.

* * * * * * *

YOU CAN MEET MANY OF YOUR NEEDS ONLINE AT WWW.MYUHC.COM. AT ALMOST ANYTIME DAY OR NIGHT, YOU CAN REVIEW CLAIMS, CHECK
ELIGIBILITY, LOCATE A NETWORK PHYSICIAN, REQUEST AN ID CARD, REFILL PRESCRIPTIONS IF ELIGIBLE, AND MORE! FOR
IMMEDIATE, SECURE SELF-SERVICE, VISIT WWW.MYUHC.COM.

HOW TO REGISTER?
YOU CAN REGISTER AND BEGIN USING MYUHC IN THE SAME SESSION. ACCESS WWW.MYUHC.COM TO REGISTER. THE INFORMATION REQUIRE
IS ON YOUR INSURANCE ID CARD (FIRST NAME, LAST NAME, MEMBER ID, GROUP NUMBER AND DATE OF BIRTH).

* * * * * * *

MAINTAINING THE PRIVACY AND SECURITY OF INDIVIDUALS' PERSONAL INFORMATION IS VERY IMPORTANT TO US AT UNITEDHEALTHCARE
THAT IS WHY WE HAVE ALWAYS INTEGRATED STRICT CONFIDENTIALITY PRACTICES INTO OUR BUSINESS. WE ARE ADOPTING A UNIQUE
INDIVIDUAL IDENTIFIER AS AN ALTERNATIVE TO THE SOCIAL SECURITY NUMBER ("SSN"). THE ALTERNATE IDENTIFICATION WILL BEG
TO APPEAR ON ALL UNITED HEALTHCARE CORRESPONDENCE, INCLUDING MEDICAL ID CARDS (IF APPLICABLE), LETTERS, EXPLANATION O
BENEFITS (EOB'S) AND PROVIDER REMITTANCE ADVICES (PRA'S) IN OCTOBER 2003. ALL CUSTOMER SERVICE TOUCH POINTS WITHIN
UNITEDHEALTHCARE WILL HAVE THE ABILITY DURING THE TRANSITION TO SERVICE BOTH SSN AND ALTERNATE IDENTIFICATION NUMBER
IF YOU HAVE ANY QUESTIONS ABOUT THE ALTERNATE ID OR USAGE, PLEASE CONTACT YOUR CUSTOMER SERVICE REPRESENTATIVE AT THE
NUMBER SHOWN AT THE TOP OF THIS STATEMENT.

*most current
$ owed as
of 7/20/04*

*Exh F p2*

**THIS IS NOT A BILL**

WINCHESTER PHYSICIAN ASSOCIATES, I
PO BOX 760
WINCHESTER, MA 01890-4260

RETURN SERVICE REQUESTED

| STATEMENT DATE | PAY THIS AMOUNT | ACCT. # |
|---|---|---|
| 07/03/2004 | $ 60.44 | 46024A391 |

FOR ACCOUNT QUESTIONS CALL:
781-729-1810

ACCOUNT BALANCE: $ 60.44

| SHOW AMOUNT PAID HERE | $ |
|---|---|

ADDRESSEE:                                    REMIT TO:

JAMES WARD
26 ANNAVOI ST
ORIENT HEIGHTS, MA 02128

WINCHESTER PHYSICIAN ASSOCIATES, I
PO BOX 760
WINCHESTER, MA 01890-4260

296

Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

**STATEMENT**    PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMEN

PATIENT:    JAMES WARD
PROVIDER:   RONALD SACKER, M.D.

| DATE | DESCRIPTION | CHGS/CREDITS | OUTSTANDING |
|---|---|---|---|
| 02/05/2004 | LEVEL 3 EST PATIENT | $ 85.00 | |
| 03/17/2004 | CREDIT INSURANCE ADJUSTMENT | $ -26.76 | |
| 05/17/2004 | CREDIT INSURANCE PAYMENT | $ -43.24 | |
| 05/11/2004 | DEBIT INSURANCE TAKEBACK | $ 43.24 | |
| 02/17/2004 | CREDIT PATIENT ADJUSTMENT | $ -15.00 | |
| 05/15/2004 | CREDIT PATIENT PAYMENT - THANK YOU | $ -43.24 | |
| 03/06/2004 | LEVEL 3 EST PATIENT | $ 85.00 | |
| 05/24/2004 | CREDIT INSURANCE ADJUSTMENT | $ -24.56 | |
| 05/24/2004 | CREDIT INSURANCE PAYMENT | $ -32.69 | |
| 05/28/2004 | CREDIT PATIENT PAYMENT - THANK YOU | $ -10.00 | |
| 05/28/2004 | CREDIT PATIENT PAYMENT - THANK YOU | $ -16.76 | |
| 06/16/2004 | CREDIT PATIENT ADJUSTMENT | $ -0.99 | |
| 06/15/2004 | LEVEL 3 EST PATIENT | $ 85.00 | |
| 06/29/2004 | CREDIT INSURANCE ADJUSTMENT | $ -24.56 | |
| | PATIENT BALANCE DUE - DEDUCTIBLE | | $ 60.44 |

*Exhibit G*

YOUR PROMPT PAYMENT IS APPRECIATED.

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | OVER 120 DAYS | TOTAL ACCOUNT BALANCE | INSURANCE PENDING | CURRENT BALANCE DUE |
|---|---|---|---|---|---|---|---|
| 60.44 | 0.00 | 0.00 | 0.00 | 0.00 | 60.44 | 0.00 | 60.44 |

| CLOSING DATE | ACCOUNT NUMBER | |
|---|---|---|
| 07/03/2004 | 46024A391 | 3631 |



PATIENT NAME: JAMES J WARD

MEDICAL RECORD NO.: 00116806?-02-003  PO

| DATE | DESCRIPTION | BALANCE DUE |
|------|-------------|-------------|
| 01/04/03 | PREVIOUS BALANCE | 150.00 |
| | | 150.00 |

PARTNERS

Clk#3149 $150.00 2-14-03

Jm's Prob

Exhibit H

BALANCE DUE: | 150.00

IMPORTANT MESSAGE REGARDING YOUR ACCOUNT

MAY WE REMIND YOU THAT THE BALANCE OF THIS ACCOUNT
IS YOUR PERSONAL RESPONSIBILITY. IF YOU HAVE ANY
QUESTIONS, CALL (617) 726-2181.
OTHERWISE, REMIT PAYMENT IN FULL.

FEDERAL TAX ID NO. 04-2697983

FOR INFORMATION ON HOW TO REACH US, PLEASE SEE REVERSE SIDE

#15865338

8/3/04

Dear Eunice,

Per our conversation on or about July 13, 2004, enclosed is the agreement I signed with American Airlines. As you can see with attachment #1 I had to pay $30 per week for myself and my wife to the state of Massachusett for health benefits. Also see the check dated 12/20/03 for 1½ months cobra payment. I included my prescription drugs because I could not fill these with the mail at home prescription program, so instead of 3 month supply costing me $20⁰⁰ it cost me $20ᵗʰ per month. (I was not able to find prescriptions, but I will get copies from the drug store if needed). Most of the other bills are from doctors or labs, for cost that would have been covered if I was on A.A. medical (HMO). I also have 1½ yrs worth of dental bills from late 2002 to present that I could not file since I was wrongfully terminated in Nov. of 2003. If you have any question please call me @ 617-569-8693 or my Manager @ AA Boston. Charlie York @ 617-634-5070. Total owed me is Appox $1930⁰⁰ not including pending dental!

Sincerly
James J. Ward

Exhibit I

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

American Airlines
4333 Amon Carter Blvd
Mail Drop 5141
Fort Worth, Tx - 76155

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _LATRESE HALL_    ☐ Agent
                     ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:          ☐ No

Atten: Eunice Frost

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Trans       7003 1680 0006 5893 2572

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

Exhibit I, p. 2



CONEXIS
P.O. Box 223886
Dallas, TX 75222-3886

Date:      10/4/2004
Form:      CLH02-AM
Doc ID:    6333983
Account #: 0104104466

|||||||||||||||||||||||||||||||||||||||||||||||||||||||||
To J J WARD and Covered Dependents
26 ANNAVOY ST
BOSTON MA 02128-1282

|||||||||||||||||||||||||||||||||||||||||||||

# CERTIFICATE OF GROUP HEALTH PLAN COVERAGE

Dear J WARD (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),

This certificate provides evidence of your prior health coverage. You may need this certificate if you meet one of the following criteria:

o  You become eligible under a different group health plan that excludes coverage for certain medical conditions that you have before you enroll (pre-existing conditions).

o  Medical advice, diagnosis, care or treatment was recommended or received for the condition(s) within the 6-month period prior to your enrollment in the new plan.

o  You become covered under another group health plan. Check with the plan administrator to see if you need to provide this certificate. You may also need this certificate to buy, for yourself or your family, an insurance policy that does not exclude coverage for medical conditions that are present before you enroll.

Please call us toll-free at 1-877-902-9207 if you have any questions.

CONEXIS

HIPAA Certificate                Certificate Date:  10/4/2004          Certificate Number:  6333983

| Name | Relationship | SSN | Waiting Start Date | Coverage Begin Date | Coverage End Date | Coverage Type | Current Carrier |
|------|-------------|-----|--------------------|--------------------|--------------------|--------------|-----------------|
| J WARD | SELF | 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 | 11/22/2003 | 11/22/2003 | 6/24/2004 | Medical | Harvard Pilgrim |
| J WARD | SELF | 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 | 11/22/2003 | 11/22/2003 | 6/24/2004 | Medical | Health First |
| J WARD | SELF | 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 | 11/22/2003 | 11/22/2003 | 6/24/2004 | Dental | MetLife |

This certificate has been generated by CONEXIS on behalf of American Airlines, Inc.. Health coverage information on this report has been provided by American Airlines, Inc..



Exhibit  J-1

# Harvard Pilgrim
# Health Care

INCLUDING
Harvard Community Health Plan
Harvard Pilgrim Health Care of New England
Pilgrim Health Care

**1600 Crown Colony Drive**
**Quincy, MA 02169**

October 04, 2004

AMERICAN AIRLINES

JAMES J WARD
26 ANNAVOY ST
EAST BOSTON MA 02128

*Coverage ends*

Dear JAMES J WARD:

Harvard Pilgrim Healthcare has recently been notified that your health plan coverage has ended, effective 08/01/2004. If you have not already arranged coverage through another group health plan, you may be able to continue coverage through Harvard Pilgrim Health Care or Harvard Pilgrim Health Care of New England. Your options are outlined below.

**Group Continuation of Coverage**
You may be able to continue your coverage through your former employer group under one of the following laws:

* The Consolidated Omnibus Budget Reconciliation Act (COBRA) - a federal law that applies to most employer groups with 20 or more employees.

* The Massachusetts Small Group Continuation Coverage Law - a Massachusetts state law that entitles eligible individuals of Massachusetts employer groups with 2-19 employees to continuation coverage.

* New Hampshire Continuation Coverage Law - a New Hampshire state law that provides continuation of coverage for eligible employees of New Hampshire employers under a variety of circumstances.

If you elect to continue coverage, you retain the same benefits the employer group offers to its employees. You must make the election within a certain number of days (usually within 30 days of terminating your employment). Generally you must pay the entire premium cost directly to your former employer. To inquire about your eligibility for either option, contact either your former employer or their third party vendor immediately.

**Nongroup Coverage**
Nongroup coverage is offered to residents of Massachusetts or New Hampshire who satisfy nongroup eligibility guidelines. The nongroup benefits may vary from your previous employer group coverage. For example, your copayments may be higher and there may be some differences in covered services.

If you choose to apply for nongroup coverage, your application must be received within 63 days of your last date of group coverage or 30 days from the date of this letter, whichever is later. If your application is approved, your coverage will become effective on the day after your group coverage ends. You can obtain an application by calling the Member Service Department at the telephone number listed at the end of this letter.

*Exhibit J-2*

WINCHESTER PHYSICIAN ASSOCIATES, I
PO BOX 760
WINCHESTER, MA 01890-4260

**RETURN SERVICE REQUESTED**

| STATEMENT DATE | PAY THIS AMOUNT | ACCT. # |
|---|---|---|
| 04/23/2005 | $ 109.95 | 46024A391 |

FOR ACCOUNT QUESTIONS CALL:
781-729-1810

ACCOUNT BALANCE: $   99.51

| SHOW AMOUNT PAID HERE | $ |
|---|---|

**ADDRESSEE:**

JAMES WARD
26 ANNAVOI ST
ORIENT HEIGHTS, MA 02128

421

**REMIT TO:**

WINCHESTER PHYSICIAN ASSOCIATES, I
PO BOX 760
WINCHESTER, MA 01890-4260

☐ Please check box if above address is incorrect or insurance
information has changed, and indicate change(s) on reverse side.

**STATEMENT**

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

---

MAKE CHECKS PAYABLE TO:
WINCHESTER PHYSICIAN ASSOCIATES
PO BOX 760
WINCHESTER, MA 01890-4260

FOR ACCOUNT QUESTIONS CALL:
781-729-1810

DUE DATE:          05/11/2005

PATIENT:    JAMES WARD

| DATE | DESCRIPTION | CHGS/CREDITS | OUTSTANDING |
|---|---|---|---|
| 08/02/2004 | LEVEL 3 - ESTABLISHED PATIENT | $   85.00 | |
| | PROVIDER: RONALD BACKER, M.D. | | |
| 11/07/2004 | CREDIT PATIENT PAYMENT - THANK YOU | $  -35.00 | |
| 11/23/2004 | CREDIT PATIENT ADJUSTMENT | $  -30.00 | |
| 11/03/2004 | CREDIT PATIENT PAYMENT - THANK YOU | $  -20.00 | |
| 02/24/2005 | LEVEL 4 - ESTABLISHED PATIENT | $  110.00 | |
| | PROVIDER: RONALD BACKER, M.D. | | |
| | BILLED TO INSURANCE | | |
| | PATIENT BALANCE DUE - DEDUCTIBLE | | $ 103.95 |
| 02/24/2005 | VENIPUNCTURE OR FINGER/HEEL STICK | $   20.00 | |
| | PROVIDER: RONALD BACKER, M.D. | | |
| | BILLED TO INSURANCE | | |
| | PATIENT BALANCE DUE - DEDUCTIBLE | | $   6.00 |

*Please Note*

*Exhibit K*

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | OVER 120 DAYS | TOTAL ACCOUNT BALANCE | INSURANCE PENDING | CURRENT BALANCE DUE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

CLOSING DATE:

ACCOUNT NUMBER:

**STATEMENT**

Page: 1

| | | | |
|---|---|---|---|
| PATIENT NAME | | | AMOUNT DUE |
| JAMES WARD | | | 205.58 |
| ACCOUNT NUMBER | ADMISSION DATE | DISCHARGE DATE | AMOUNT ENCLOSED |
| 50409821 | 08/20/04 | | |
| INSURANCE COVERAGE | | | |
| HARVARD/PILGRIM H EALT HP1441045 | | | |

WINCHESTER
HOSPITAL

41 Highland Avenue
Winchester, MA
01890

**WE ACCEPT (CHECK ONE)**

☐ VISA ☐ MasterCard

**PLEASE SEE REVERSE SIDE
TO AUTHORIZE PAYMENT**

JAMES WARD
26 ANNAVOY ST
EAST BOSTON MA 02128

**WINCHESTER HOSPITAL**
PO BOX 5-0825
WOBURN MA 01815-0825

00005040982100000205581

KEEP THIS BOTTOM PORTION FOR YOUR RECORDS

| Patient Name | Date of Service | Statement Date | Account Number |
|---|---|---|---|
| JAMES WARD | 08/20/04 | 11/09/04 | 50409821 |

| DATE | TRANSACTION | QTY | AMOUNT |
|---|---|---|---|
| 08/20/04 | HIP COMPLETE LEFT | | 205.58 |
| 09/30/04 | HARVARD/PILGRIM ADJUSTMENT | | -144.61 |
| 09/30/04 | HARVARD/PILGRIM PAYMENT; CK#005582591 | | -60.97 |
| 11/02/04 | HARVARD/PILGRIM ADJUSTMENT; | | 0.00 |
| | 040827M53111,005620644,1102 | | |
| 11/02/04 | HARVARD/PILGRIM ADJUSTMENT; CPU ADJ | | 144.61 |
| 11/02/04 | HARVARD/PILGRIM ADJUSTMENT; | | 0.00 |
| | 040827M53111,005620644,1102 | | |
| 11/02/04 | HARVARD/PILGRIM PAYMENT; CPU REC | | 60.97 |
| 11/02/04 | HARVARD/PILGRIM PAYMENT; CPU REC | | 0.00 |
| | Charges to date: | | 205.5 |
| | Receipts to date: | | 0.0 |
| | Adjustments to date: | | 0.00 |
| | Estimated insurance due: | | 0.00 |

*(handwritten notes: "PAID then money sent Back", "Exhibit L", "PAID by HARVARD then denied !")*

| Balance Forward | 205.58 |
|---|---|
| Please Pay This Amount ☞ | 205.58 |

**IMPORTANT MESSAGE REGARDING YOUR ACCOUNT**

WE RECENTLY BILLED YOUR INSURANCE CARRIER AND HAVE NOT
RECEIVED A REPLY. THIS BALANCE IS NOW YOUR RESPONSIBILITY.
PLEASE REMIT YOUR PAYMENT IMMEDIATELY. FOR ASSISTANCE CALL
1-781-756-2423 MONDAY-FRIDAY 8:00 AM - 4:15 PM.

Please see reverse: 1. Free care information. 2. Please fill out reverse side and return if insurance information was not provided at time of service. 3. Directions to patient accounts office.
Transactions after statement date will be shown on next month's statement.

NORTH SHORE RADIOLOGICAL ASSOCIATES, INC.
POST OFFICE BOX 80074
STONEHAM, MA 02180

QUESTIONS ABOUT YOUR BILL CALL: 781-279-2158
OUTSIDE 781 AREA CODE CALL: 1-800-942-6772
MONDAY - THUR 8:00 AM - 1:00 PM
FAX 781-279-2361

PLEASE ENTER THIS ACCOUNT
NUMBER ON YOUR CHECK AND
ALL CORRESPONDENCE

JAMES WARD
26 ANNAVOY ST
EAST BOSTON MA 02128

ACCOUNT NO.          439303

STATEMENT DATE       12/20/04

REFERRAL: RONALD BACKER MD

| DIAG. CODE | SERVICE DATE | PROCEDURE REFERENCE | PATIENT NAME | LOC | DESCRIPTION | CHARGES / PAYMENTS / ADJ. | |
|---|---|---|---|---|---|---|---|
| | | | | | | PATIENT | INSURANCE |
| 71945 | 08/20/04 | 7351026 | JAMES | | HIP COMPLETE LEFT | 30.00 | |
| | 10/21/04 | 10/05/04 | B | | HCHP PAYMENT | -13.14 | |
| | 10/21/04 | 10/05/04 | B | | CONTRACTUAL W/O | -16.86 | |
| | 12/16/04 | 12/07/04 | B | | REMOVE CONTRACT W/O | 16.86 | |
| | 12/16/04 | 12/07/04 | B | | HCHP PAYMENT | 13.14 | |
| | INSURANCE DENIAL-NOT COVERED AT TIME OF SERVICE | | | | | | |

*6*

*Exhibit M*

*Pd.
Moose Acct.
2-2-05
Ck# 7092
#30.00*

*MOST INSURANCE COMPANIES HAVE A 90 DAY FILING LIMIT. PLEASE
SUBMIT YOUR INSURANCE INFORMATION TO US WITHIN THAT TIME

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | OVER 120 DAYS | PLEASE PAY THIS AMOUNT | PATIENT | INSURANCE |
|---|---|---|---|---|---|---|---|
| 30.00 | .00 | .00 | .00 | .00 | | 30.00 | .00 |

ANALYSIS OF PATIENT NEW BALANCE

| | | | PATIENT IS RESPONSIBLE FOR "PATIENT BALANCE" SHOWN IN COL. 1 | |
|---|---|---|---|---|
| 01/17/05 | .00 | 439303 | MAKE CHECKS PAYABLE TO: | SEE REVERSE SIDE FOR IMPORTANT INFORMATION. |
| STATEMENT DATE | PATIENT PAY Y.T.D. | ACCOUNT NUMBER | NORTH SHORE RADIOLOGICAL ASSOCIATES, INC. TAX I.D. # 04-2467409 | |
| 12/20/0 | | | PAYABLE TO: | SEE REVERSE SIDE FOR IMPORTANT INFORMATION. |
| STATEMENT DATE | PATIENT PAY Y.T.D. | ACCOUNT NUMBER | NORTH SHORE RADIOLOGICAL ASSOCIATES, INC. TAX I.D. # 04-2467409 | |

# WA
11-01-2004
## CVS/pharmacy®

**PROMISED:** 01:00p
11-01-2004
# Scripts: 01
CUSTOMER RECEIPT

#0140  Ph:617.846-9155

715078 Duplex (Rev. 5/03)

07 0890085 01 0012599

**WARD,JAMES J**
26 ANNAVOY ST, BOSTON, MA 02128-0000
Ph:617.569-8693    DOB:10-17-1958
**LIPITOR 40 MG TABLET P-D**
PFIZER US PHARM
TAKE 1 TABLET BY MOUTH EVERY DAY

Date:11-01-2004    DAW:O
Rx: 890085 01

PRICE:    $125.99

NDC:00071-0157-23  Days Supply:  30  Refills: 10 Qty:30    TA
Prscbr: BACKER,RONALD F
TP:  1

PAY:    $125.99
Caps:Y
Couns:N



Please note that an important notice related to privacy of your personal healthcare information has been printed on the reverse of this receipt. Please review the provided information carefully.

CVS/pharmacy requests that you acknowledge receipt of this notice by signing the store's acknowledgement log or you may sign the coupon below and mail to the CVS Privacy Office at the address set forth on the Notice.

If you have any questions or concerns please feel free to contact the CVS Privacy Office in writing or by calling 1-800-287-2414.

## CVS/pharmacy

Acknowledgement

I _____ (printed name) have received CVS/pharmacy's Notice of Privacy Practices.

Signature: _____

Date: _____

Please detach and return this Acknowledgement to your local CVS/pharmacy or to the address specified on the Notice.

## CVS/pharmacy

Drug Storage Type   IA Smart Cabinet
Drug Storage Location 0000

CHECK WITH PHARMACIST

Rx: 890085 01    RPh:ES
LIPITOR 40 MG TABLET P-D
PFIZER US PHARM
NDC:00071-0157-23
WARD,JAMES J
26 ANNAVOY ST
BOSTON, MA 02128-0000
Ph:617.569-8693   DOB:10-17-1958
TP:  1    Caps:Y   Couns:N

DAW:O    Date:11-01-2004
Refills: 10   Qty:30    TA
Prscbr: BACKER,RONALD F
11 SHORE RD
WINCHESTER, MA 01890-0000
DEA:AB5598943
Ph:781.729-1810   PAY: $125.99

WARD,JAMES J
NDC:00071-0157-23
LIPITOR 40 MG TABLET P-D
Qty:30    TA
TAKE 1 TABLET BY MOUTH EVERY DAY

DAW:O    Caps:Y

WARD,JAMES J    Rx:  890085   Qty:30
LIPITOR 40 MG TABLET P-D    Date:11-01-2004

Exhibit   N

Exhibit   N

# American Airlines

**DENIAL 1ST LEVEL APPEAL**

November 30, 2004

Mr. James J. Ward
26 Annavoy Street
Boston, MA  02128-1282

RE:  1st Level Appeal Decision
      EE # 138330
      Case # 3187620

Dear Mr. Ward:

This letter is the decision in response to your 1st Level Appeal requesting benefits under the Group Life and Health Benefits Plan for Retirees of Participating AMR Corporation Subsidiaries (the "Plan"), relating to your Leave of Absence.

Thank you for the opportunity to review your benefits.  Records indicate that you commenced a Sick Leave of Absence ("SLOA") on 06/22/2003, and then returned to work on 11/13/2003.  On 11/21/2003 you were terminated from the Company.  You grieved the termination, and later reached a Settlement Agreement, effective 06/29/2004, between yourself, Pat Noonan (President, TWU Local 507), and Andy Albert (General Manager BOS, American Airlines, Inc.).  You were returned to SLOA status effective 11/21/2003.  Your SLOA status is still in effect.

In your Appeal, you have referred to several different benefits, so I shall address my research findings in the same order that you have presented each request.

First, you have requested Optional Short Term Disability ("OSTD") benefits for the period of 11/23/2003 through 12/31/2003.  The attached 02/18/2004 letter from MetLife indicates that MetLife denied your claim for OSTD benefits because you did not provide them with the information necessary to support your claim.  You subsequently requested a review of that decision.  After reevaluating your claim, MetLife determined that you were still not entitled to the claimed benefit, as they advised you in their 08/09/2004 letter.  Having received a response from MetLife regarding your 1st Level Review, you are entitled to file an appeal with the Pension Benefits Administration Committee (PBAC) at American Airlines, Inc. within 180 days of the MetLife decision.  I have enclosed a PBAC 2nd Level Appeal Form with this reply (see Enclosure I).  You may contact Employee Services at 800-447-2000 or via email at Employee.Services@aa.com for further information on how to file a 2nd Level Appeal with the PBAC.  I have also enclosed a printed copy of the online Employee Benefits Guide for Employees of

Exhibit O

JJWARD0005

# American Airlines

Participating AMR Corporation Subsidiaries ("EBG") for you to refer to regarding benefits, claims, and appeals (see Enclosure II).

Second, you have requested Permanent and Total Disability ("PTD") benefits. PTD claims for benefit must be filed directly with Met DisAbility. I checked our records and learned that you applied for PTD benefits in August 2004, and that your claim is currently pending with Met DisAbility. According to the 09/03/2004 Met DisAbility letter that you enclosed with your Appeal, Met DisAbility has requested further information from you, and their decision is pending receipt of those documents. For assistance with your claim, you may contact Met DisAbility directly via their toll free number, 888-533-6287.

Third and Fourth, you request medical benefits, namely **"…7 months of health benefits from Aug 14, 2004 until March 14, 2005 – per agreement signed by AA & self…"** and, **"…pay medical bills from Nov. 23, 2003 until present."** I referred to the *June 29, 2004 Settlement Agreement – James Ward #138330*, page one, wherein it states the following:

> **1. Mr. Ward will be <u>reinstated</u>…and <u>returned to an unpaid sick leave of absence</u> effective with the signing of this Agreement. The parties agree that the Final Advisor Letter, dated November 21, 2003, will be withdrawn. <u>Reinstatement</u> is contingent upon Mr. Ward's signing this Agreement….**

> **3. Health benefits will be <u>restored</u> to Mr. Ward effective with the signing of this Agreement. Mr. Ward will be considered eligible to file any benefit claims that have been <u>incurred during the time off payroll</u> and they will be <u>processed in accordance with the terms of the Health Plan</u>. Mr. Ward will be refunded the difference of his COBRA payments and the amount he would have contributed to his benefit plan, as if he would have remained on payroll. (Emphasis added.)**

According to the terms outlined in your Settlement Agreement, your 11/21/2003 termination was changed to Unpaid Sick Leave Of Absence status, also effective 11/21/2003. Therefore, records now reflect that you came back to work from SLOA on 11/13/2003, then returned to SLOA status eight days later (11/21/2003). I referred to the Employee Policy Guide ("EPG"), found at *Jetnet.aa.com > Policies & Procedures > Policy Guide > Time Away From Work > Leaves of Absence > TWU Represented Employees LOA Summary Charts > Unpaid Sick Leave of Absence Summary Chart* for information about SLOA procedures:

> **If you return to work from an Unpaid Sick Leave of Absence and later return to a Sick Leave of Absence for the same illness or injury, <u>your later sick leave will be considered part of the prior leave</u>. This provision will not apply to you if you have returned to active payroll on a full duty basis for at least 90 days, or if the later sick leave is due to any injury or illness unrelated to the previous sick leave. In those situations, the later sick leave will be considered a new sick leave. Life / Health /**

# American Airlines

**Disability benefits are available only from the date of the first leave, up to a maximum of one year (12 months).** (Emphasis added.)

Because there were only eight days between your times away from work, the 11/21/2003 SLOA is considered part of the prior leave, which began on 06/22/2003. The *Eligibility > Eligibility During Leaves of Absence and Disability* section of the Employee Benefits Guide states the following (in part):

> **During the first year (12 months) of an unpaid sick or unpaid injury-on-duty leave of absence, you may keep the same benefits you had while actively working. You are responsible for paying your share of the cost for coverage. After this period, your coverage ends.** (Emphasis added.)

Accordingly, your 12 months of SLOA benefits ended on 06/22/2004.

Mr. Ward, in researching your Appeal, I find that American Airlines, Inc. Employee Services has complied with the terms of your 06/29/2004 Settlement Agreement, and that you are not eligible to continue benefits coverage beyond the first 12 months of your SLOA. Therefore, your request for benefits after 06/22/2004 must be denied. As was already mentioned above, you are eligible to file a 2nd Level Appeal for STD benefits directly with PBAC. Also, your PTD claim is currently pending with Met Disability and cannot be addressed in this 1st Level Appeal.

While we know you were expecting a favorable reply, we hope you will understand that it is essential that the Plan be applied uniformly to all participants.

Should you disagree with American Airlines' 1st Level Appeal decision determination regarding your medical coverage, please refer to the enclosed Employee Benefits Guide for information on how to file a 2nd Level Appeal directly with the Pension Benefits Administration Committee ("PBAC") at American Airlines, Inc. The 2nd Level Appeal Forms are available in the *Forms* area of Jetnet.aa.com. You may email Employee Services at Employee.Services@aa.com or telephone Employee Services at 800-447-2000 for further information on how to file a 2nd Level Appeal with the PBAC. A 2nd Level Appeal request must be filed with the PBAC within 180 days after you receive American Airlines 1st Level Appeal Review determination notice.

The PBAC will evaluate all the information you provide and will advise you of their decision on your 2nd Level Appeal within 60 days after they receive your written request for the 2nd Level Appeal. The decision rendered by the PBAC is final.

It is important to note that American Airlines 1st Level Appeal decision, as well as the PBAC's 2nd Level Appeal decision must be completed/rendered within the same 60-day time allotment. For example, if American Airlines takes 40 days to complete/render a decision on your 1st Level Appeal, then the 2nd Level Appeal must complete/render their decision within the remaining allotment of 20 days.

# American Airlines

You have the right to request, free of charge, access to copies of all information that is relevant to your benefit request. You may request (via email or written request) such information from us at Employee.Services@aa.com or American Airlines Employee Services, P.O. Box 619616, MD5141, DFW Airport, TX 75261-9616.

If you have any questions about your rights under the Employee Retirement Income Security Act (ERISA), please consult the enclosed Employee Benefits Guide under the section entitled "Your Rights." If, after exhausting these administrative remedies, you still feel you are entitled to such benefit, you have a right to bring a civil action against the plan under ERISA section 502(a).

Sincerely,

Toni Telligan

Toni Telligman
Employee Services

Enclosure:
    I – PBAC Application for 2nd Level Appeal
    II - Printed copy of the online Life and Health Benefits Guide for Employees of Participating AMR Corporation Subsidiaries ("EBG")

# AmericanAirlines®

January 11, 2004

James J. Ward
26 Annavoy Street
East Boston, MA  02128-1282

RE:   Employee #138330
SS #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
Application for Second Level Appeal
Permanent & Total Disability Issue

Dear Mr. Ward:

We have received your recent Application for Second Level Appeal and have accepted this appeal for review under the guidelines of the Pension Benefits Administration Committee (PBAC).

After we have obtained all the information needed for the evaluation of this appeal, it takes approximately 60 days to complete the evaluation and for the PBAC to render a decision.  It should be noted however that, due to the high volume of appeals we are receiving at this time, the time frame might vary.  We will do our best to complete the process as soon as possible.

If you have any questions or want to check on the status of your appeal, you may contact us at (817) 967-1412.

Thank you for your patience.

Very truly yours,

Diana Drake
Appeal Coordinator for the
Pension Benefits Administration Committee
Mail Drop #5134-HDQ

/dd

Exhibit P

# Medical
**SECURITY PLAN**

## CLAIM SUMMARY

000023567

PAGE    1 OF    1

This notice explains how we processed your claims; it is not a bill.  Please look this over carefully.  On the back, we've explained what you should do if you have any questions or disagree with how we processed your claims. Please keep this for your tax and medical records.

| PROVIDER/ SERVICES | DATES OF SERVICE | UNITS | AMOUNT CHARGED | AMOUNT ALLOWED | YOUR CO-PAY | YOUR CO-INS | BENEFITS | YOUR BALANCE | MSG. CODE |
|---|---|---|---|---|---|---|---|---|---|
| MEMBER:  JAMES J | | | CLAIM #: 26041770759900 | | | | DATE RECEIVED: | 06/21/04 | |
| PROVIDER: NEW PASSAGES PC | | | | | | | | | |
| OUTPATIENT SERVICE | 06/17/04-06/17/04 | 1 | 125.00 | 82.25 | 0.00 | 8.54 | 34.15 | 48.10 | A |
| | TOTAL -------- | | 125.00 | 82.25 | 0.00 | 8.54 | 34.15 | 48.10 | B |

A-YOUR DEDUCTIBLE FOR THIS SERVICE IS $39.56. THAT AMOUNT IS SHOWN IN THE "YOUR BALANCE" COLUMN. (Z763)
B-WITH THIS CLAIM, $100.00 ACCUMULATED TOWARDS THIS MEMBERS DEDUCTIBLE MAXIMUM OF $100.00 FOR ALL SERVICES. THIS LEAVES $0.00 TO BE MET BEFORE WE CAN PROVIDE BENEFITS. (Z266)

| | GRAND TOTAL -------- | | 125.00 | 82.25 | 0.00 | 8.54 | 34.15 | 48.10 | |

| ID NUMBER | SUBSCRIBER NAME | | DATE |
|---|---|---|---|
| XXA*****4127 | JAMES J WARD | | 07/09/04 |

F31

**JAMES J WARD**
**26 ANNAVOY STREET**
**EAST BOSTON    MA    02128**

**Harvard Pilgrim Health Care**

# EXPLANATION OF BENEFITS (EOB)

# THIS IS NOT A BILL

CONTRACT # HP1441045    JAMES J WARD    MEMBER NAME    DATE 08/14/04

| CLAIM # DATES OF SERVICE / PROVIDER NAME / PROCEDURE DESCRIPTION | PROVIDER CHARGE | AMOUNT DENIED | EX. CODES | AMOUNT ALLOWED | APPLIED TO DEDUCTIBLE | COPAY OR PENALTY | COINSURANCE | OTHER INSURANCE | MEDICARE ALLOWED | MEDICARE PAID | AMOUNT PAID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04012335307Q  07/15/2004 | | | | | | | | | | | |
| 07123MS3070  07/15/2004 | | | | | | | | | | | |
| WINCHESTER HOSPITAL | | | | | | | | | | | |
| ROUTINE VENIPUNCTURE COLLECT SPEC | 6.50 | 6.50 | 2T | 5.10 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| COMPREHENSIVE METABOLIC PANEL | 206.66 | 206.66 | 2T | 25.11 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| LIPID PROFILE | 48.94 | 48.94 | 2T | 31.82 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| CREATINE KINASE (CK, (CPK), TOTAL | 25.02 | 25.02 | 2T | 15.47 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| LIPOPROTEIN DIRECT MEASUREMENT,DIRECT | 27.79 | 27.79 | 2T | 21.78 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| MEASUREMENT,LDL CHOLESTEROL (LDL) | | | | | | | | | | | |
| PROSTATE SPECIFIC ANTIGEN (PSA), TOTAL | 65.26 | 65.26 | 2T | 43.69 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| THYROID STIMULATING HORMONS (TSH) | 58.73 | 58.73 | 2T | 39.90 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| BLOOD COUNT; HEMOGRAM & PLATELET COUNT, | 34.81 | 34.81 | 2T | 15.37 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| AUTOMATED | 473.71 | 473.71 | | 198.24 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

EX CODE: 2T  ENV-THE MEMBER IS INELIGIBLE AT THE TIME OF SERVICE-PATIENT LIABLE

| | |
|---|---|
| TOTAL AMOUNT PAYABLE TO PROVIDER(S) BY PLAN | 0.00 |
| TOTAL AMOUNT PAYABLE TO PROVIDER(S) BY MEDICARE | 0.00 |
| TOTAL AMOUNT PAYABLE TO PROVIDER(S) BY THIRD PARTY | 0.00 |
| TOTAL OF DEDUCTIBLE + COPAY + COINSURANCE WHICH IS PATIENT'S MINIMUM RESPONSIBILITY OWED TO PROVIDER | 0.00 |

**THIS IS NOT A BILL.** An EOB provides information about how claims (bills for medical services) are processed. Keep this EOB for your records and, if applicable, use it to compare with actual provider bills.

## Definitions to help understand this EOB.

**Provider Charge:** Amount provider (physician, hospital, etc.) bills for service.
**Amount Denied:** Amount Harvard Pilgrim did not pay. May be due to our provider contract, your benefits coverage, lack of authorization or missing information.
**EX Codes:** Code assigned to the action taken on each service (e.g., a denial). Details provided in the Explanation of Code box above.
**Amount Allowed:** Amount eligible for payment consideration under our provider contract or payment guidelines. May be counted toward your deductible, if applicable.

## Definitions (cont.)

**Applied to Deductible:** If your Harvard Pilgrim coverage includes a deductible for this procedure, and your annual deductible has not yet been met, this is the portion of the bill you are responsible for paying to the provider.
**Copay or Penalty:** Amount you are responsible for paying to the provider. Penalties may occur when certain services are not authorized (e.g., surgery out of the network).
**Coinsurance:** Percentage of Amount Allowed that you are responsible for paying to the provider for this procedure, as determined by your coverage.
**Other Insurance:** Amount another insurance company is responsible for paying (e.g., worker's compensation or motor vehicle insurance).
**Amount Paid:** Amount Harvard Pilgrim paid toward each service.
**Refer to the Important Information section on reverse side for additional information.**

## THIS DOCUMENT IS FOR YOUR INFORMATION ONLY

*Exhibit R*