UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES J. WARD,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC.<br><br>    Defendant. | Civil Action No.: 05 CV 10239 MEL |

**DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM**

The defendant American Airlines, Inc. (hereinafter, "AA") requests permission to file a brief reply memorandum addressing various misstatements of law and fact contained in Plaintiff's Opposition to Defendant's Motion For Summary Judgment on or by March 3, 2006.

    Respectfully submitted,
    **AMERICAN AIRLINES, INC.,**

    By its attorney,


    */s/ Amy Cashore Mariani*
    Amy Cashore Mariani, BBO #630160
    **FITZHUGH, PARKER & ALVARO LLP**
    155 Federal Street, Suite 1700
    Boston, MA 02110
Dated: February 22, 2006    (617) 695-2330

2

**CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 22, 2006.

                            __/s/ Amy Cashore Mariani__
                            Amy Cashore Mariani