**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JAMES J. WARD <br>        Plaintiff <br><br> V. <br><br> AMERICAN AIRLINES, INC. <br>        Defendant | CIVIL ACTION <br><br> NO.  05-10239-MEL |

**SETTLEMENT ORDER OF DISMISSAL**

**LASKER, S.D.J.**

The Court having been advised on  June 11, 2007  that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

| | |
|---|---|
| June 11, 2007 <br> Date | /s/ George H. Howarth <br> Deputy Clerk |

(05-cv-10239settlement.wpd - 12/98)                                                                    [stlmtodism.]