UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES J. WARD,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC.<br><br>    Defendant. | Civil Action No.: 05 CV 10239 MEL |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), the parties to this action hereby stipulate that it shall be dismissed with prejudice and with each party bearing their own costs. All right of appeal are hereby waived.

| | |
|---|---|
| Plaintiff,<br>**JAMES J. WARD**<br>By his attorney, | Defendant,<br>**AMERICAN AIRLINES, INC.**<br>By its attorneys, |
| /s/ Frank J. Teague_____<br>Frank J. Teague, BBO# 493780<br>The Murphy Law Group<br>Six Beacon Street, Suite 815<br>Boston, MA 02108<br>(617) 570-9000 | /s/ Amy Cashore Mariani_____<br>Amy Cashore Mariani, BBO# 630160<br>Fitzhugh, Parker & Alvaro LLP<br>155 Federal Street, Suite 1700<br>Boston, MA 02110<br>(617) 695-2330 |

Dated: July 12, 2007

## CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 12, 2007.

                                /s/ Amy Cashore Mariani
                                Amy Cashore Mariani